IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, <br><br> and <br><br> LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, <br><br> *Plaintiffs*, <br><br> vs. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> *Defendants*. | Case No. 1:17-cv-02458 |

## **MOTION TO ADMIT ROBIN F. THURSTON *PRO HAC VICE***

NOW COMES Javier M. Guzman, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Robin F. Thurston, *pro hac vice*, pursuant to Local Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, as counsel for National Women's Law Center and Labor Council for Latin American Advancement in this proceeding.

As grounds therefore, Movant states:

1. Ms. Thurston is a member in good standing of the Bar of the State of Illinois.

2. Ms. Thurston is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. Thurston possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Robin F. Thurston *pro hac vice* as representative of National Women's Law Center and Labor Council for Latin American Advancement in this proceeding.

Dated: November 27, 2017								Respectfully submitted,

/s/ *Javier M. Guzman*

Javier M. Guzman
D.C. Bar No. 462679
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org

*Attorney for Plaintiffs*

2