# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER,

and

LABOR COUNCIL FOR LATIN
AMERICAN ADVANCEMENT,

     *Plaintiffs*,

     vs.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

     *Defendants*.

Case No. 1:17-cv-02458

------------------------------------------------------------------------------------------------------------

## DECLARATION OF ROBIN F. THURSTON IN SUPPORT OF MOTION FOR *PRO HAC VICE* APPEARANCE

I, Robin F. Thurston, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My full name is Robin Frances Thurston. I am a Senior Counsel at Democracy Forward Foundation, and I am seeking to appear *pro hac vice* representing National Women's Law Center and Labor Council for Latin American Advancement in the above captioned matter pending before the United States District Court for the District of Columbia.

2. My office address is Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043, and my office telephone number is (202) 448-9090.

3. I was admitted to practice law in the State of Illinois in 2007. I remain licensed and in good standing in Illinois. My Illinois bar number is 6293950.

4. I certify that I have never been disciplined or sanctioned by any bar.

5. I am admitted *pro hac vice* in the following cases, currently pending in this District:

*Democracy Forward Foundation v. U.S. Department of Transportation*, No. 17-1293 (RDM). I also have motions for *pro hac vice* admission pending in *Food and Water Watch v. Trump, et al.*, No. 17-1485 (ESH), and *Giffords Law Center to Prevent Gun Violence v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 17-2363 (RC). I have not made any other *pro hac vice* applications to this Court in the past two years.

6. My bar membership for the Bar of the District of Columbia is currently pending.

7. I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED this 27th day of November, 2017, at Washington, D.C.

/s/ *Robin F. Thurston*

Robin F. Thurston