# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, <br><br> and <br><br> LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, <br><br> *Plaintiffs*, <br><br> vs. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> *Defendants*. | Case No. 1:17-cv-02458 |

## [PROPOSED] ORDER ADMITTING ROBIN F. THURSTON *PRO HAC VICE*

Upon the motion of Javier M. Guzman, a member in good standing of this Court, to admit Robin F. Thurston *pro hac vice*, and being fully advised in the premises, it is hereby,

ORDERED, that such Motion is GRANTED, and it is further,

ORDERED, that Robin F. Thurston is admitted to the bar of this Court *pro hac vice* as counsel and representative of National Women's Law Center and Labor Council for Latin American Advancement in this case.

SO ORDERED.

ENTERED this ____ day of _____, 2017.

BY THE COURT:

_____