IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER,<br><br>and<br><br>LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Case No. 1:17-cv-02458 |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs, National Women's Law Center and Labor Council for Latin American Advancement, by counsel, respectfully submit the attached Declaration of Benjamin J. Link as proof that service of process has been effectuated in the above-captioned matter on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Office of Management and Budget ("OMB"); John Michael Mulvaney, Director of OMB; Neomi Rao, Administrator of the Office of Information and Regulatory Affairs; U.S. Equal Employment Opportunity Commission ("EEOC"); and Victoria A. Lipnic, Acting Chair of the EEOC.

Dated:  November 28, 2017

Respectfully submitted,

*/s/ Javier M. Guzman*
Javier M. Guzman (DC Bar No. 462679)
Robin F. Thurston (*pro hac vice motion pending*)*
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org
jdubner@democracyforward.org

* Admitted in Illinois; practicing under the supervision of members of the DC Bar while DC Bar application is pending.

Fatima Goss Graves (DC Bar No. 481051)
Emily J. Martin (DC Bar No. 991968)
Sunu Chandy (DC Bar No. 1026045)
Maya Raghu (DC Bar No. 1035558)
(*pro hac vice motions to be filed*)
National Women's Law Center
11 Dupont Circle, NW, Ste 800
Washington, DC 20036
(202) 588-5180
fgraves@nwlc.org
emartin@nwlc.org
schandy@nwlc.org
mraghu@nwlc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2017, the foregoing Notice of Filing of Proof of Service was served electronically on all parties of record via the Court's CM/ECF system.

Dated: November 28, 2017           /s/ *Robin F. Thurston*