IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER,

and

LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT,

*Plaintiffs*,

vs.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

*Defendants*.

Case No. 1:17-cv-02458

## DECLARATION OF BENJAMIN J. LINK

I, BENJAMIN J. LINK, declare as follows:

1. My name is Benjamin J. Link. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. On November 15, 2017, Plaintiffs, National Women's Law Center and Labor Council for Latin American Advancement, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the complaint by Certified U.S. Mail on the U.S. Attorney for the District of Columbia; the U.S. Attorney General; the U.S. Office of Management and Budget ("OMB"); John Michael Mulvaney, Director of OMB; Neomi Rao, Administrator of the Office of Information and Regulatory Affairs; the U.S. Equal Employment Opportunity Commission ("EEOC"); and Victoria A. Lipnic, Acting Chair of the EEOC.

1

3. According to the U.S. Postal Service Track and Confirm Sheet ("U.S.P.S. Tracking"), a copy of the complaint and summonses were delivered to the U.S. Attorney for the District of Columbia at 555 4th Street N.W., Washington, D.C. 20530, on November 27, 2017.

4. According to U.S.P.S. Tracking, a copy of the complaint and summonses were delivered to the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on November 27, 2017.

5. According to U.S.P.S. Tracking, a copy of the complaint and summonses were delivered to OMB, 725 17th Street, N.W., Washington, D.C. 20503, on November 27, 2017.

6. According to U.S.P.S. Tracking, a copy of the complaint and summonses were delivered to John Michael Mulvaney, 725 17th Street, N.W., Washington, D.C. 20503, on November 27, 2017.

7. According to U.S.P.S. Tracking, a copy of the complaint and summonses were delivered to Neomi Rao, 725 17th Street, N.W., Washington, D.C. 20503, on November 27, 2017.

8. According to U.S.P.S. Tracking, a copy of the complaint and summonses were delivered to the EEOC, 131 M Street, N.E., Washington, D.C. 20507, on November 24, 2017.

9. According to U.S.P.S. Tracking, a copy of the complaint and summonses were delivered to Victoria A. Lipnic, 131 M Street, N.E., Washington, D.C. 20507, on November 24, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2017 in Washington, D.C.

*/s/ Benjamin J. Link*
Benjamin J. Link