AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Women's Law Center, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-02458 (TSC) |
| Office of Management and Budget, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Women's Law Center & Labor Council for Latin American Advancement.

Date:   01/05/2018

/s/ Jeffrey B. Dubner
*Attorney's signature*

Jeffrey B. Dubner (DC Bar No. 1013399)
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
*Address*

jdubner@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

*FAX number*