**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. ) ) ) Plaintiffs, ) ) ) v. ) ) OFFICE OF MANAGEMENT AND ) BUDGET, et al. ) ) Defendants. ) | Civil Action No. 17-2458 (TSC) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendants Office of Management and Budget ("OMB"), John Michael Mulvaney, in his official capacity as Director of OMB, Neomi Rao, in her official capacity as Administrator of the Office of Information and Regulatory Affairs ("OIRA"), the U.S. Equal Employment Opportunity Commission ("EEOC"), and Victoria A. Lipnic, in her official capacity as Acting Chair of the EEOC, by and through undersigned counsel, respectfully move for a 45-day extension of time, *i.e.*, from January 26, 2018, through and including March 12, 2018, to respond to the Complaint in this case. In support of that request, Defendants state as follows:

1.  Plaintiffs commenced this action by filing a Complaint on November 15, 2017. *See* ECF No. 1. Plaintiffs filed proof of service indicating that the U.S. Attorney for the District of Columbia was served with the summons and complaint on November 27, 2017. *See* ECF No. 5. Defendants' response to the Complaint is due on January 26, 2018. *See* Fed. R. Civ. P. 12(a)(2).

2.  Plaintiffs' Complaint raises a number of issues concerning OMB's authority to review collections of data, and presents legal questions under the Paperwork Reduction Act and its implementing regulations, Title VII of the Civil Rights Act of 1964, and the Administrative

Procedure Act. In light of the issues at stake in the case, Defendants respectfully request additional time to evaluate the complaint, research the applicable law, consult with relevant stakeholders within the Defendant Agencies, and prepare a responsive pleading or motion that will be useful to the Court.

3. Good cause exists to grant this request. Between December and the date of this extension motion, undersigned counsel had primary responsibility for drafting four briefs, two of which accompanied dispositive motions. And between now and the beginning of March 2018, undersigned counsel has primary responsibility for drafting a reply brief and a summary judgment brief in two separate matters, and also has responsibility for presenting oral argument on defendants' motion to dismiss in a third matter. This is Defendants' first request for an extension of time.

4. On January 22, 2018, and on January 25, 2018, counsel for Defendants conferred with counsel for Plaintiffs, who indicated that Plaintiffs object to the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court extend their time to respond to the Complaint from January 26, 2018, through and including March 12, 2018.

Dated: January 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
U.S. Attorney for the District of Columbia

CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch

/s/ *Tamra T. Moore*
Tamra T. Moore (DC Bar No. 488392)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division

        Telephone:  (202) 305-8628
        Fax:  (202) 305-8517
        Email:  Tamra.Moore@usdoj.gov

        Mailing Address:
        Post Office Box 883
        Washington, DC 20044

        Courier Address:
        20 Massachusetts Ave., NW Rm. 5375
        Washington, DC 20001

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this Motion for Extension of Time to Respond to Complaint was served on all counsel of record via the Court's CM/ECF system on this 25th day of January 2018.

        */s/ Tamra T. Moore*
        TAMRA T. MOORE