# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 17-2458 (TSC) |
| v. | ) ) |
| OFFICE OF MANAGEMENT AND BUDGET, et al. | ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Extension of Time to Respond to Complaint and for good cause shown, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is further

ORDERED that Defendants shall file a response to the complaint on or before March 12, 2018.

SO ORDERED.

Dated: _____, 2018.

_____
TANYA S. CHUTKAN
United States District Judge