**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. )<br>)<br>Plaintiffs,  )<br>)<br>v.   )<br>)<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, et al.   )<br>)<br>Defendants.   ) | Civil Action No. 17-2458 (TSC) |

**DEFENDANTS' REPLY IN RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants have moved for a 45-day extension of time, *i.e.*, from January 26, 2018, through and including March 12, 2018, to respond to the Complaint in this case. Defendants made this request in order to ensure that the undersigned has sufficient time to prepare a thoughtful and thorough response so as not to prejudice Defendants in this suit.

This is Defendants' first request for an extension of time and the undersigned has set forth good cause to grant the request. *See* Defs.' Mot. for Extension of Time, ECF No. 8. Nothing in Plaintiffs' opposition brief compels a different conclusion. Plaintiffs' opposition assumes that this Court has jurisdiction to resolve the merits of their claims, which is not at all clear from the facts that Plaintiffs have alleged in their Complaint. Nor are Plaintiffs entitled to the administrative record where, as here, Defendants have not yet filed either an Answer to the Complaint or a dispositive motion.[1]  *See* Local Civil Rule 7(n). Finally, Defendants' request for an extension of

---

[1] Local Rule 7(n) appears to contemplate that Defendants will produce a certified administrative record after filing an answer or upon filing a dispositive motion focused on the merits of Plaintiffs' claim, "whichever occurs first." L. Civ. R. 7(n). Because neither of these events has

time still allows for the resolution of this action "sufficiently in advance of the March 2019 reporting deadline" that Plaintiffs claim is "essential" to the relief that they seek. Pls.' Opp. to Defs.' Mot. for Extension of Time at 3-4, ECF No. 9.

Under these circumstances, Defendants respectfully request that the Court grant their Motion for Extension of Time.

Dated:  January 30, 2018                Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
U.S. Attorney for the District of Columbia

CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch

/s/ *Tamra T. Moore*
Tamra T. Moore (DC Bar No. 488392)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 305-8628
Fax:  (202) 305-8517
Email:  Tamra.Moore@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, DC 20044

Courier Address:
20 Massachusetts Ave., NW Rm. 5375
Washington, DC 20001

---

occurred, Defendants are not required to file a certified administrative record at this stage in the litigation.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this Reply in Response to Plaintiffs' Opposition to Defendants' Motion for Extension of Time to Respond to Complaint was served on all counsel of record via the Court's CM/ECF system on this 30th day of January 2018.

*/s/ Tamra T. Moore*
TAMRA T. MOORE