# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 17-2458 (TSC) ) ) |
| OFFICE OF MANAGEMENT AND BUDGET, et al. | ) ) ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, including Defendants' Reply in Support of Their Motion to Dismiss, and Plaintiffs' opposition thereto, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is further

ORDERED that Plaintiffs' Complaint is DISMISSED.

SO ORDERED.

Dated: _____, 2018.

_____
TANYA S. CHUTKAN
United States District Judge