IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

      *Plaintiffs*,

  v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

      *Defendants*.

No. 1:17-cv-02458 (TSC)

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of all Defendants.

RACHAEL L. WESTMORELAND
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-1280
rachael.westmoreland@usdoj.gov

Dated: February 22, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
U.S. Attorney for the District of Columbia

CARLOTTA WELLS
Assistant Branch Director, Federal Programs

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland (GA Bar No. 539498)
Tamra T. Moore
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-1280
Fax:  (202) 616-8460
Email: rachael.westmoreland@usdoj.gov