**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| National Women's Law Center, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> Office of Management and Budget, *et al.*, <br><br> *Defendants*. | Civil Action No. 17-2458 (TSC) |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Plaintiffs' Complaint, Defendants' Motion to Dismiss, Plaintiffs' Opposition thereto, and any Reply, and for the reasons set forth in Plaintiffs' Opposition, it is hereby

ORDERED that Defendants' Motion to Dismiss is denied.

_____                                      _____
DATE                                                                                                  United States District Judge