**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. ) ) ) Plaintiffs, ) ) ) v. ) ) OFFICE OF MANAGEMENT AND ) BUDGET, et al. ) ) Defendants. ) | Civil Action No. 17-2458 (TSC) |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants Office of Management and Budget ("OMB"), John Michael Mulvaney, in his official capacity as Director of OMB, Neomi Rao, in her official capacity as Administrator of the Office of Information and Regulatory Affairs ("OIRA"), the U.S. Equal Employment Opportunity Commission ("EEOC"), and Victoria A. Lipnic, in her official capacity as Acting Chair of the EEOC, by and through undersigned counsel, respectfully move for a 3-day extension of time, *i.e.*, from March 6, 2018, through and including March 9, 2018, to file Defendants' Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint. In support of their request, Defendants state as follows:

1. Plaintiffs commenced this action by filing a Complaint on November 15, 2017. *See* ECF No. 1. Plaintiffs filed proof of service indicating that the U.S. Attorney for the District of Columbia was served with the summons and complaint on November 27, 2017. *See* ECF No. 5. Defendants' response to the Complaint was due on January 26, 2018. *See* Fed. R. Civ. P. 12(a)(2).

2.       On January 25, 2018, Defendants moved for an extension of time to file their motion to dismiss in this case, which this Court granted in part and denied in part on January 30, 2018.  Pursuant to this Court's Order, Defendants were required to file their motion to dismiss on or before February 13, 2018.  *See* Minute Order (Jan. 30, 2018).  On February 13, 2018, Defendants filed their Motion to Dismiss Plaintiffs' Complaint.  *See* Defs.' Mot. to Dismiss, ECF No. 15 (Feb. 13, 2018).  In accordance with the time limitation set forth in Local Civil Rule of Procedure 7(b), Plaintiffs filed their opposition to Defendants' motion to dismiss on February 27, 2018.  *See* Pls.' Opp. to Defs.' Mot. to Dismiss, ECF No. 16 (Feb. 27, 2018).  Pursuant to Local Civil Rule of Procedure 7(d), Defendants' reply in support of their motion to dismiss is currently due on March 6, 2018.

3.       Defendants request a brief 3-day extension of time from March 6, 2018, through and including March 9, 2018, to file their reply in support of their motion to dismiss.  Good cause exists to grant this request.  The federal government was unexpectedly closed on Friday, March 2, 2018, and counsel for Defendants has an oral argument in the United States District Court for the Eastern District of New York in another matter for which she has primary responsibility, which is currently scheduled for 2 PM on March 6, 2018, the same day that Defendants' reply brief is due in this matter.

4.       On March 2, 2018, counsel for Defendants conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court grant them a brief 3-day extension of time from March 6, 2018, through and including March 9, 2018, to file Defendants' Reply in Support of Defendants' Motion to Dismiss.

Dated:  March 2, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
U.S. Attorney for the District of Columbia

CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch

/s/ *Tamra T. Moore*
Tamra T. Moore (DC Bar No. 488392)
Rachael L. Westmoreland (GA Bar No. 539498)
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 305-8628
Fax:  (202) 305-8517
Email:  Tamra.Moore@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, DC 20044

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this Consent Motion for Extension of Time to File Defendants' Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint was served on all counsel of record via the Court's CM/ECF system on this 2nd day of March 2018.

*/s/ Tamra T. Moore*
TAMRA T. MOORE