# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 17-2458 (TSC)<br>)<br>) |
| OFFICE OF MANAGEMENT AND BUDGET, et al. | )<br>)<br>) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Consent Motion for Extension of Time to File Defendants' Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint and for good cause shown, it is hereby

ORDERED that Defendants' Consent Motion is GRANTED, and it is further

ORDERED that Defendants shall file their reply brief or before March 9, 2018.

SO ORDERED.

Dated: _____, 2018.

_____
TANYA S. CHUTKAN
United States District Judge