**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| National Women's Law Center, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>Office of Management and Budget, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-2458 (TSC) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH LOCAL CIVIL RULE 7(N)**

Upon consideration of Plaintiffs' Motion to Compel Compliance with Local Civil Rule 7(n), any response and reply thereto, the record in this matter, and for the reasons set forth in Plaintiffs' Motion, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED that Defendants shall file the certified list of the contents of the administrative record with the Court within fourteen days of the date of this order.

_____    _____
DATE                                                            United States District Judge