UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-2458 (TSC) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, National Women's Law Center and the Labor Council for Latin American Advancement, hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their Motion, Plaintiffs submit a Memorandum of Law, the Declaration of Benjamin Link, which identifies certain documents in the public record that would be part of the Administrative Record, and the Declarations of Hector E. Sanchez and Andrea Johnson. A proposed order is also attached.

Dated: October 31, 2018

Respectfully submitted,

/s/ *Robin F. Thurston*
Robin F. Thurston (DC Bar No. 1531399)
Javier M. Guzman (DC Bar No. 462679)
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rthurston@democracyforward.org
jguzman@democracyforward.org
jdubner@democracyforward.org

Fatima Goss Graves (DC Bar No. 481051)
Emily J. Martin (DC Bar No. 991968)

1

Sunu Chandy (DC Bar No. 1026045)
Maya Raghu (DC Bar No. 1035558)
National Women's Law Center
11 Dupont Circle, NW, Ste 800
Washington, DC 20036
(202) 588-5180
fgraves@nwlc.org
emartin@nwlc.org
schandy@nwlc.org
mraghu@nwlc.org

*Attorneys for Plaintiffs*
