UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>   *Plaintiffs*,<br><br> vs.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   *Defendants*. | Civil Action No. 17-2458 (TSC) |

**[PROPOSED] ORDER**

  Upon consideration of Plaintiffs' Motion for Summary Judgment, the documents submitted in support thereof, any opposition thereto, and the entire record in this case, it is hereby

  ORDERED that Plaintiffs' Motion is GRANTED; it is

  FURTHER ORDERED that the August 29, 2017 review and stay of the EEOC's revised EEO-1 form and the September 15, 2017 Federal Register Notice (Stay the Effectiveness of the EEO-1 Pay Data Collection, 82 Fed. Reg. 43,362, 43,362) announcing the same are hereby vacated and the previous approval of the revised EEO-1 form shall be again in effect.

  SO ORDERED.

DATE: _____       _____
                            TANYA S. CHUTKAN
                            United States District Judge