# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

    *Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

    *Defendants*.

No. 1:17-cv-02458 (TSC)

## DEFENDANTS' MOTION TO STAY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the attached Memorandum of Points and Authorities, Defendants hereby move to stay Defendants' response to Plaintiffs' Motion for Summary Judgment, ECF No. 22.[1]  Defendants respectfully request a stay so that this Court may first resolve the preliminary jurisdictional issues raised in Defendants' Motion to Dismiss, ECF No. 11.  In addition to their Memorandum of Points and Authorities, Defendants have filed a proposed order with this motion.

Dated:  November 14, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland (GA Bar No. 539498)

---

[1] On November 13, 2018, counsel for Defendants conferred with Plaintiffs' counsel via e-mail regarding the relief requested in this motion.  Counsel for Plaintiffs informed Defendants' counsel that Plaintiffs oppose Defendants' requested relief.

Tamra T. Moore
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC  20044
Tel.:  (202) 514-1280
Fax:  (202) 616-8460
Email: rachael.westmoreland@usdoj.gov