# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>       *Defendants*. | No. 1:17-cv-02458 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Defendants' Response to Plaintiffs' Motion for Summary Judgment, it is hereby

ORDERED that Defendants' response to Plaintiffs' Motion for Summary Judgment is STAYED until 21 days after resolution of Defendants' Motion to Dismiss, if necessary.

SO ORDERED.

Dated: _____, 2018.

                                                                              _____
                                                                              TANYA S. CHUTKAN
                                                                              United States District Judge