**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> *Defendants*. | No. 1:17-cv-02458 (TSC) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants, the Office of Management and Budget ("OMB"), John Michael Mulvaney, in his official capacity as Director of OMB, Neomi Rao, in her official capacity as Administrator of the Office of Information and Regulatory Affairs ("OIRA"), the United States Equal Employment Opportunity Commission ("EEOC"), and Victoria A. Lipnic, in her official capacity as Acting Chair of the EEOC (collectively, "Defendants") respectfully request a short extension of time from December 6, 2018, through and including December 20, 2018, to file their Opposition to Plaintiffs' Motion for Summary Judgement and Cross-Motion for Summary Judgment. In support of their motion, Defendants state that the following:

1. Plaintiffs, the National Women's Law Center and the Labor Council for Latin American Advancement, filed this four-count action against Defendants, which challenges Defendant OMB's decision to initiate a review and stay Defendant EEOC's collection of wage data. On February 13, 2018, Defendants moved to dismiss the Complaint for lack of subject matter jurisdiction and failure to state a claim under the APA. *See* Defs. Mot. to Dismiss, ECF Nos. 11,

11-1, which Plaintiffs opposed on February 27, 2018. *See* Pls.' Opp. to Defs.' Mot. to Dismiss, ECF No. 12. Defendants' motion to dismiss is fully briefed and pending before the Court. *See* Defs.' Reply in Support of Defs.' Mot. to Dismiss, ECF No. 13.

2. On April 19, 2018, Plaintiffs then moved to compel the administrative record in this case, *see* Pls.' Mot. to Compel, ECF No. 19, which Defendants' opposed. *See* Defs.' Opp. to Pls.' Mot. to Compel, ECF No. 20. In a September 13, 2018 Minute Order, the Court denied Plaintiffs' Motion to Compel, finding that "given the pending Motion to Dismiss, this case is not yet in a posture to where compliance with Local Rule 7(n) is necessary." Shortly thereafter, on October 31, 2018, Plaintiffs moved for summary judgment, *see* Pls.' Mot. for Summ. J., ECF No. 22. Defendants moved to stay their response to Plaintiffs' summary judgment motion pending this Court's decision on Defendants' pending Motion to Dismiss. *See* Defs.' Mot. to Stay, ECF Nos. 23, 23-1. Alternatively, Defendants requested that the Court grant them a 3-week extension of time from the date of the Court's denial of Defendants' motion. *See id.* On November 16, 2018, this Court granted in part and denied in part Defendants' stay motion, directing Defendants to file the certified list of administrative record contents and their opening summary judgment motion by December 6, 2018.

3. Although Defendants are prepared to file the certified list of administrative record contents on December 6, 2018, Defendants respectfully request a short extension of time, *i.e.*, from December 6, 2018, through and including December 20, 2018, to file their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment.

4. Defendants respectfully state that good cause exists for their request. In the intervening two weeks since the Court issued its November 16, 2018 Order, counsel for Defendants each have had significant work responsibilities in other matters for which there have

been intervening court deadlines. Cumulatively, counsel for Defendants have had or will have deadlines or in-person court obligations on November 16, 2018 (motion to dismiss), November 16, 2018 (court filings), November 28, 2018 (court filings), November 29, 2018 (court filings), November 30, 2018 (court filings), December 3, 2018 (in-person hearing in San Diego, California), December 3, 2018 (opposition to preliminary injunction motion), December 6, 2018 (response to discovery order), December 6, 2018 (filing of certified list of administrative record contents and facilitating delivery of administrative record), December 7, 2018 (responsive pleading), December 10, 2018 (reply brief); December 10, 2018 (motion to dismiss), and December 19, 2018 (reply brief), and December 19, 2018 (in-person court hearing).

5.      In addition to their respective work commitments, there was the intervening Thanksgiving holiday during which counsel for Defendants respectively had long-planned family commitments.

6.      Pursuant to Local Rule 7(m), counsel for Defendants conferred via e-mail with Plaintiffs' counsel regarding Defendants' request. In response to Defendants' request, Plaintiffs' counsel stated the following: "Plaintiffs consent to an extension until December 20, 2018 and the additional proposed briefing deadlines, so long as the extension gives the Court sufficient time to resolve the pending motions in advance of the scheduled March 31, 2019 data collection, so that the 2019 data collection could include the stayed pay data collection (if the Court resolves the litigation in Plaintiffs' favor)."

7.      If the Court grants this request, the parties propose the following dates on which to file their respective briefs:

> December 20, 2018:   Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment;

3

January 14, 2019: Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment; and

January 22, 2019: Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment.

8. Pursuant to this Court's November 16, 2018 Order, Defendants will file the certified list of Administrative Record content on December 6, 2018.

For these reasons, Defendants respectfully request an extension of time from December 6, 2018, through and including December 20, 2018, to file their Opposition to Plaintiffs' Motion for Summary Judgement and Cross-Motion for Summary Judgment and that the Court enter the parties' proposed briefing schedule for the remaining briefing. A proposed order accompanies this motion.

Dated: December 4, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*/s/ Tamra T. Moore*
Tamra T. Moore
Rachael L. Westmoreland
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-8628
Fax: (202) 616-8460
Email: Tamra.Moore@usdoj.gov