# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 17-2458 (TSC) |
| v. | ) ) |
| OFFICE OF MANAGEMENT AND BUDGET, et al. | ) ) ) |
| Defendants. | ) ) |

## **[PROPOSED] ORDER**

Upon consideration of the Defendants' Consent Motion for Extension of Time to File Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment and for good cause shown, it is hereby

ORDERED that Defendants' Consent Motion is GRANTED, and it is further

ORDERED that Defendants' Opposition to Plaintiffs' Summary Judgment Motion and Cross-Motion for Summary Judgment shall be due on or before December 20, 2018; and it is further ORDERED that Plaintiffs shall due their Reply in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Cross-Motion for Summary Judgment on or before January 14, 2019; and Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment shall be due on or before January 22, 2019.

SO ORDERED.

Dated: _____, 2018.

_____
TANYA S. CHUTKAN
United States District Judge