IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

       *Plaintiffs*,

    v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

       *Defendants*.

No. 1:17-cv-02458 (TSC)

## NOTICE OF FILING OF CERTIFIED INDEX OF ADMINISTRATIVE RECORD

Pursuant to this Court's Order of November 15, 2018, Defendants hereby file a certified list of the contents of the administrative record in this case. Attached hereto as Exhibit A is the list of contents of the administrative record, the declaration of Dominic Mancini certifying the list of contents and providing the dates of OMB's consultation with EEOC, and the declaration of Victoria Lipnic providing the dates of EEOC's consultation with OMB. A copy of the administrative record itself will be served on Javier Guzman, Jeffrey Dubner, and Robin Thurston on behalf of Plaintiffs.

Dated:  December 6, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland (GA Bar No. 539498)
Tamra T. Moore
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC  20044
Tel.:  (202) 514-1280
Fax:  (202) 616-8460
Email: rachael.westmoreland@usdoj.gov