# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER,
*et al.*,

    *Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND
BUDGET, *et al.*,

    *Defendants*.

No. 1:17-cv-02458 (TSC)

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Dominic J. Mancini, declare as follows:

    1.    I am the Deputy Administrator of the Office of Information and Regulatory Affairs (OIRA) in the Office of Management and Budget (OMB).

    2.    I have served in the above-described capacity since March 2013. My present responsibilities include oversight of OIRA under the direction of OIRA Administrator Neomi Rao. The facts attested to herein are based upon my personal knowledge or information made available to me in the course of my official duties.

    3.    I certify that the following list includes, to the best of my knowledge, consultations between OIRA and EEOC, pursuant to 5 C.F.R. § 1320.10(f) and (g), regarding the decision to review and stay the use of the revised EEO-1 form:

| DATE | EVENT |
|---|---|
| April 14, 2017 | E-mail between Dominic Mancini and Victoria Lipnic re: OMB's proposed action and opportunity to consult |
| April 19, 2017 | E-mail between Dominic Mancini and Victoria Lipnic re: scheduling call between Mancini and Lipnic about EEO-1 |

| | |
|---|---|
| April 21, 2017 | Call between Dominic Mancini and James Paretti re: materials OMB needs for consultation |
| May 2, 2017 | Meeting including Victoria Lipnic, James Paretti, Anthony Campau, and Dominic Mancini re: EEO-1 |
| July 14, 2017 | E-mail between James Paretti and Dominic Mancini re: EEOC memo addressing third-party petition for rescission of component two of revised EEO-1 form |
| July 17, 2017 | Call between Dominic Mancini and James Paretti re: proposed action by OMB in connection with EEO-1 form |
| August 28, 2017 | Discussion between Victoria Lipnic and Neomi Rao, and e-mail between James Paretti and Dominic Mancini re: posting of review and stay decision on OMB's website |

4.  I further certify that the Administrative Records Index annexed hereto includes, to the best of my knowledge, all non-privileged documents that constitute the administrative record underlying OIRA's August 29, 2017 decision—the subject of this litigation—to review and stay the use of component two of the EEO-1 form that had been approved on September 29, 2016.

5.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of December, 2018, in Washington, DC.

_____
Dominic J. Mancini

*National Women's Law Center, et al. v. Office of Management and Budget, et al.*
*Civil Action* No.1:17-cv-02458 (TSC)


## ADMINISTRATIVE RECORD INDEX[1]

**Stay and Review Regarding Equal Employment Opportunity Commission EEO-1 Form, Component Two (Aug. 29, 2017)**

I. *EEO-1 Form; Review and Stay Memorandum*, Neomi Rao to Victoria Lipnic (Aug. 29, 2017) (OMB_0000299-0000300)

II. Reports / Transcripts

   a. *Collecting Compensation Data from Employers*, Panel on Measuring and Collecting Pay Information from U.S. Employers by Gender, Race, and National Origin, Committee on National Statistics, Division of Behavioral and Social Sciences and Education, National Research Council of the National Academies (2012) (OMB_0000001-0000155)

   b. *Final Report: To Conduct a Pilot Study for How Compensation Earning Data Could Be Collected from Employers on EEOC's Survey Collection Systems (EEO-1, EEO-4, and EEO-5 Survey Reports) and Develop Burden Cost Estimates for Both EEOC and Respondents for Each of EEOC Surveys (EEO-1, EEO-4, and EEO-5)*, Sage Computing to EEOC (Sept. 2015) (OMB_0000156-0000299)

   c. Transcript of Nov. 16, 2005 EEOC Meeting (Nov. 16, 2005) (OMB_0000371-0000396)

III. Articles

   a. E-Mail from Anthony Campau to Neomi Rao, attaching JDSupra article *Acting EEOC Chair Addresses Status of EEO-1 Reporting Changes, Other Issues*, McGuireWoods LLP (Aug. 4, 2017) (OMB_0000301-0000305)

   b. E-Mail from Emma K. Doyle to Neomi Rao, attaching BenefitsPro article *EEO-1 report likely to be blocked by Congress* (July 25, 2017) (OMB_0000329)

IV. Petitions, Requests, and Related Materials

   a. *Request for Review; EEOC's Revision of the Employer Information Report*, Randel K. Johnson, Senior Vice President, and James Plunkett, Director, Chamber of Commerce of the United States of America to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (Feb. 27, 2017) (OMB_0000332-0000340)

   b. E-mail from Emma K. Doyle to Anthony P. Campau, *et al.*, subject: *FW: Presentation at CEI; Paperwork Reduction Act* (OMB_0000330-0000331)

---

[1] This index identifies "all documents and materials that [the Office of Management and Budget] directly or indirectly considered" when making the Aug. 29, 2017 decision to stay and review component two of the EEO-1 form. *See* Maritel, Inc. v. Collins, 422 F. Supp. 2d 188, 196 (D.D.C. 2006) (internal citation omitted). The index does not include "material that reflects internal deliberations," *id.*, and any redactions are of such material, personally-identifiable information, or non-relevant e-mail headers.

c. E-Mail from Randel Johnson to Mick M. Mulvaney, Director, Office of Mgmt. & Budget, attaching *Request for Review; EEOC's Revision of the Employer Information Report*, American Benefits Council, *et al.* ("Coalition Letter") (Mar. 20, 2017) (OMB_0000967-0000973)

d. *Review of the Equal Employment Opportunity Commission's Employer Information (EEO-1) Report (OMB Control Number 3046-0007)*, Michael J. Eastman, Vice President, Public Policy, Equal Employment Advisory Council to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (Mar. 20, 2017) (OMB_0000305-0000311)

e. Letter from David Farr, Board Chair and Jay Timmons President and CEO, National Association of Manufacturers to Donald J. Trump, President (Mar. 22, 2017) (OMB_0000397-0000440)

f. *Fw: additional information regarding EEO-1 paperwork*, email from Marcus C. Peacock to Dominic J. Mancini, Deputy Director, Office of Information and Regulatory Affairs (Mar. 23, 2017) (OMB_0000974-0000976)

g. Letter from National Women's Law Center, et al. to Mick M. Mulvaney, Director, Office of Mgmt. & Budget, *Opposition to Reopening Review of the Equal Employment Opportunity Commission's Employment Information (EEO-1) Report (OMB Control Number 3046-0007)* (Apr. 12, 2017) (OMB_0001041-0001051)

h. E-Mail from Mick M. Mulvaney to Emma K. Doyle, attaching Letter dated Apr. 17, 2017 from Mark Wilson, Vice President, Health & Employment Policy, HR Policy Association to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (Apr. 17, 2017) (OMB_0000365-0000369)

i. E-Mail from Mick M. Mulvaney to Emma K. Doyle, attaching *Review of the Equal Employment Opportunity Commission's Employment Information (EEO-1) Report (OMB Control Number 3046-0007)*, Patricia A. Shiu, Former Director, and Patrick O. Patterson, Former Deputy Director, Office of Federal Contract Compliance Programs, United States Department of Labor to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (May 18, 2017) (OMB_000356-0000363)

j. E-Mail from Donald Tomaskovic-Devey, Professor of Sociology, University of Massachusetts to Mick M. Mulvaney, Director, Office of Mgmt. & Budget, subject: *Comment on EEOC pay data collection plans* (June 6, 2017) (OMB_0000977-0000981)

k. E-Mail from Randel K. Johnson, Senior Vice President, Labor, Immigration and Employee Benefits, U.S. Chamber of Commerce to Neomi Rao, Administrator, Office of Information and Regulatory Affairs, Office of Mgmt. & Budget, subject: *New EEO-1 Information Collection Form* (July 18, 2017) (OMB_0000982-0000992)

l. E-Mail from Joseph B. Nye to Anthony P. Campau, *et al.*, attaching Letter dated July 21, 2017, from Michael J. Eastman, Vice President, Policy and Assistant General Counsel, Center for Workplace Compliance to Neomi Rao, Administrator, Office of Information and Regulatory Affairs, *Review of the Equal Employment Opportunity Commission's Employer Information (EEO-1) Report (OMB Control Number 3046-0007)*, (July 21, 2017) (OMB_0000312-0000328)

V.  Additional Correspondences

   a. E-Mail from John R. Martin to OIRA, attaching Letter dated Mar. 9, 2017, from Rep. Virginia Foxx and Rep. Bradley Byrne to Mick M. Mulvaney, Director, Office of Mgmt. & Budget, *Revision of the Employer Information Report (EEO-1), Docket No. 3046-007 [sic]* (Mar. 9, 2017) (OMB_0000996-0001021)

   b. Letter from Dominic J. Mancini, Acting Administrator, Office of Information and Regulatory Affairs, Office of Mgmt. & Budget to Rep. Virginia Foxx and Rep. Bradley Bryne (Mar. 30, 2017) (OMB_0001025-0001026)

   c. Letter from Sen. Lamar Alexander and Sen. Pat Roberts to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (Apr. 12, 2017) (OMB_0001022-0001024)

   d. E-Mail from Dominic J. Mancini, Deputy Administrator, Office of Information and Regulatory Affairs, Office of Mgmt. & Budget to Victoria A. Lipnic, Acting Chair, EEOC, subject *RE: EEO-1* (Apr. 14, 2017) (OMB_0000965-0000966)

   e. Letter from Sen. Cory A. Booker *et al.* to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (May 1, 2017) (OMB_0001033-0001038)

   f. Letter from Rep. Lois Frenkel *et al.* to Mick M. Mulvaney, Director, Office of Mgmt. & Budget (May 8, 2017) (OMB_0001027-0001032)

   g. Letter from Mick M. Mulvaney, Director, Office of Mgmt. & Budget to Sen. Cory A. Booker (Aug. 24, 2017) (OMB_0001039-0001040)

VI. Materials Related to 2016 and Other OMB Approvals of the EEO-1 Form

   a. Materials related to OMB's 2016 approval of the EEO-1 form are available at https://www.reginfo.gov/public/do/PRAViewICR?ref_nbr=201607-3046-001. Such material includes the EEO-1 form itself, 30-day and 60-day *Federal Register* notices issued in accordance with the Paperwork Reduction Act, the EEOC's supporting statement about the EEO-1 form, public comments about the EEO-1 form, public hearing statements about the EEO-1 form, and a summary of EEOC's response to those public comments and hearing testimony.

   b. Information about OMB actions related to the EEO-1 form is available at https://www.reginfo.gov/public/do/PRAOMBHistory?ombControlNumber=3046-0007.

VII. Statutes, Regulations, and Related Materials

   a. Federal Reports Act, Pub. L. No. 77-831, 56 Stat. 1,078–1,080 (Dec. 24, 1942) (OMB_0000993-0000995)

   b. *Revision of Attachment A to Circular A-40—"Clearance of Public Reporting and Recordkeeping Requirements Under the Federal Reports Act"*, James T. Lynn, Director, Office of Mgmt. & Budget to Heads of Executive Departments and Establishments (Feb. 10, 1976) (OMB_0000937-0000964)

c. *Paperwork Reduction Act of 1980*, Committee on Government Operations, H.R. No. 96-835 (Mar. 19, 1980) (OMB_0000610-0000670)

d. *Paperwork Reduction Act of 1980*, Committee on Governmental Affairs, S. Rep. No. 96-930 (Sept. 8, 1980) (OMB_0000671-0000784)

e. *Controlling Paperwork Burdens on the Public; Proposed Rulemaking*, 47 Fed. Reg. 39515 (Sept. 8, 1982) (OMB_0000501-0000517)

f. *Controlling Paperwork Burdens on the Public*, 48 Fed. Reg. 13666 (Mar. 31, 1983) (OMB_0000518-0000549)

g. *Controlling Paperwork Burdens on the Public; Regulatory Changes Reflecting Amendments to the Paperwork Reduction Act*, 52 Fed. Reg. 27768 (July 23, 1987) (OMB_0000550-0000555)

h. *Control of Paperwork Burdens on the Public; Regulatory Changes Reflecting Amendments to the Paperwork Reduction Act*, 53 Fed. Reg. 16618 (May 10, 1988) (OMB_0000556-0000571)

i. *Paperwork Reduction Act of 1995*, Committee on Government Reform and Oversight, H.R. No. 104-37 (Feb. 15, 1995) (OMB_0000823-0000936)

j. *Paperwork Reduction Act of 1995*, H.R. No. 104-99 (Apr. 3, 1995) (Conf. Rep.) (OMB_0000785-0000822)

k. *Controlling Paperwork Burdens on the Public; Regulatory Changes Reflecting Recodification of the Paperwork Reduction Act*, 60 Fed. Reg. 30438 (June 8, 1995) (OMB_0000572-0000590)

l. *Controlling Paperwork Burdens on the Public; Regulatory Changes Reflecting Recodification of the Paperwork Reduction Act*, 60 Fed. Reg. 44978 (Aug. 29, 1995) (OMB_0000591-0000609)

m. *Amendments Adopted to the Commerce, Justice, Science Appropriations Bill for FY 2018*, Full Committee Markup, House Appropriations Committee (July 13, 2017) (OMB_0000341-0000355)

n. Paperwork Reduction Act, as amended, 44 U.S.C. §§ 3501, *et seq.* (OMB_0000441-0000478)

o. 5 C.F.R. Part 1320 (OMB_000479-0000500)

p. Civil Rights Act of 1964, Title VII, § 709(c) (codified at 42 U.S.C. § 2000e-8(c)) (142)

q. 29 C.F.R. Part 1602 Subpart B (143)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. ) ) ) Plaintiffs, ) ) v. ) ) OFFICE OF MANAGEMENT AND ) BUDGET, et al. ) ) Defendants. ) | Civil Action No. 17-2458 (TSC) |

## DECLARATION OF VICTORIA A. LIPNIC

I, Victoria A. Lipnic, declare as follows:

1. I am the Acting Chair of the U.S. Equal Employment Opportunity Commission (EEOC or Commission).

2. I have served in the above-described capacity since January 2017, having joined the EEOC as a Commissioner in April 2010. My present responsibilities include overseeing the Commission and its administrative operations as Acting Chair, and executing the duties of a Commissioner of the EEOC. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

3. I am familiar with this litigation and the circumstances upon which it is based, including the review and stay, initiated by the Office of Management and Budget (OMB) on August 29, 2017, of certain revisions to the EEOC's Employer Information Report (EEO-1).

4. I am aware of consultation between the EEOC and OMB regarding the revised EEO-1 prior to the initiation of the review and stay. In particular, to the best of my knowledge, I am aware of the following:

    a. Prior to the initiation of the review and stay, I discussed the revised EEO-1 with representatives of OMB.

b. On April 14, 2017, I communicated, via email, with Dominic Mancini, Deputy Administrator of OMB's Office of Information and Regulatory Affairs (OIRA), regarding the revised EEO-1.

c. On May 2, 2017, I, James Paretti (my former Chief of Staff), and representatives of OMB participated at a meeting regarding the revised EEO-1.

d. On July 14, 2017, via an email from Mr. Paretti to Mr. Mancini, I sent a memorandum to OIRA Administrator Neomi Rao regarding the revised EEO-1.

e. On August 28, 2017, I discussed the revised EEO-1 with Administrator Rao.

f. I am also aware that prior to the initiation of the review and stay, communications took place between Mr. Paretti and Mr. Mancini regarding the revised EEO-1.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6TH day of December, 2018, in Washington, D.C.

Victoria A. Lipnic
Acting Chair
U.S. Equal Employment Opportunity Commission