**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL WOMEN'S LAW CENTER,
*et al.*,

              *Plaintiffs*,

       v.

OFFICE OF MANAGEMENT AND
BUDGET, *et al.*,

              *Defendants*.

No. 1:17-cv-02458 (TSC)

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, the Office of Management and Budget ("OMB"), John Michael Mulvaney, in his official capacity as Director of OMB, Neomi Rao, in her official capacity as Administrator of the Office of Information and Regulatory Affairs ("OIRA"), the United States Equal Employment Opportunity Commission ("EEOC"), and Victoria A. Lipnic, in her official capacity as Acting Chair of the EEOC (collectively, "Defendants") respectfully request a one-day extension of time from December 20, 2018, through and including December 21, 2018, to file their Opposition to Plaintiffs' Motion for Summary Judgement and Cross-Motion for Summary Judgment. In support of their motion, Defendants state that the following:

1.      Plaintiffs, the National Women's Law Center and the Labor Council for Latin American Advancement, filed this four-count action against Defendants, which challenges Defendant OMB's decision to initiate a review and stay Defendant EEOC's collection of wage data. On February 13, 2018, Defendants moved to dismiss the Complaint for lack of subject matter jurisdiction and failure to state a claim under the APA, *see* Defs. Mot. to Dismiss, ECF Nos. 11,

11-1, which Plaintiffs opposed on February 27, 2018, *see* Pls.' Opp. to Defs.' Mot. to Dismiss, ECF No. 12. Defendants' motion to dismiss is fully briefed and pending before the Court. *See* Defs.' Reply in Support of Defs.' Mot. to Dismiss, ECF No. 13.

2.      On April 19, 2018, Plaintiffs then moved to compel the administrative record in this case, *see* Pls.' Mot. to Compel, ECF No. 19, which Defendants' opposed. *See* Defs.' Opp. to Pls.' Mot. to Compel, ECF No. 20. In a September 13, 2018 Minute Order, the Court denied Plaintiffs' Motion to Compel, finding that "given the pending Motion to Dismiss, this case is not yet in a posture to where compliance with Local Rule 7(n) is necessary." Shortly thereafter, on October 31, 2018, Plaintiffs moved for summary judgment, *see* Pls.' Mot. for Summ. J., ECF No. 22. Defendants moved to stay their response to Plaintiffs' summary judgment motion pending this Court's decision on Defendants' pending Motion to Dismiss. *See* Defs.' Mot. to Stay, ECF Nos. 23, 23-1. Alternatively, Defendants requested that the Court grant them a 3-week extension of time from the date of the Court's denial of Defendants' motion. *See id.* On November 16, 2018, this Court granted in part and denied in part Defendants' stay motion, directing Defendants to file the certified list of administrative record contents and their opening summary judgment motion by December 6, 2018.

3.      Although Defendants filed the certified list of administrative record contents on December 6, 2018, *see* ECF No. 25, Defendants requested, and the Court granted, an extension of time to respond to Plaintiffs' Motion for Summary Judgment, ECF No. 22, from December 6, 2018 to December 20, 2018. *See* Minute Order of Dec. 4, 2018. Defendants now request an addition one-day extension to file their opposition to Plaintiffs' motion.

4.      Defendants respectfully state that good cause exists for their request. In the intervening two weeks since the Court issued its December 4, 2018 Order, Defendants have made

good faith efforts to meet the December 20, 2018 deadline.  However, counsel for Defendants have had at least four other filings or court obligations this week, some of which arose after Defendants had moved for an extension to file their opposition to Plaintiffs' motion, and would benefit from an additional day to complete their filing.

5.      Pursuant to Local Rule 7(m), counsel for Defendants conferred with Plaintiffs' counsel regarding Defendants' request and are authorized to say that Plaintiffs do not oppose Defendants' request and request (based on counsel for Defendants' offer) to extend the deadline for their reply brief by one day, such that if the Court grants Defendants' extension request, Plaintiffs' reply brief will be due on or before January 15, 2018.

6.      If the Court grants this request, the parties propose the following dates on which to file their respective briefs:

| | |
|---|---|
| December 21, 2018: | Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment; |
| January 15, 2019: | Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment; and |
| January 22, 2019: | Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment. |

For these reasons, Defendants respectfully request an extension of time from December 20, 2018, through and including December 21, 2018, to file their Opposition to Plaintiffs' Motion for Summary Judgement and Cross-Motion for Summary Judgment and that the Court enter the parties' proposed briefing schedule for the remaining briefing. A proposed order accompanies this motion.

Dated: December 20, 2018             Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland (GA Bar No. 539498)
Tamra T. Moore
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC  20044
Tel.:  (202) 514-1280
Fax:  (202) 616-8460
Email: rachael.westmoreland@usdoj.gov