IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   *Defendants*. | No. 1:17-cv-02458 (TSC) |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

  For the reasons set forth in the attached Memorandum of Points and Authorities, Defendants hereby oppose Plaintiffs' Motion for Summary Judgment, ECF No. 22, and cross-move for summary judgment. In addition to their Memorandum of Points and Authorities, Defendants have filed a proposed order with this motion.

Dated:  December 21, 2018

              Respectfully submitted,

              JOSEPH H. HUNT
              Assistant Attorney General

              CARLOTTA WELLS
              Assistant Branch Director, Federal Programs

              */s/ Tamra T. Moore*
              Tamra T. Moore
              Rachael L. Westmoreland
              Trial Attorneys
              United States Department of Justice
              Civil Division, Federal Programs Branch
              P.O. Box 883, Ben Franklin Station
              Washington, DC  20044
              Tel.:  (202) 305-8628
              Fax:  (202) 616-8460
              Email:  Tamra.Moore@usdoj.gov