# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> *Defendants*. | No. 1:17-cv-02458 (TSC) |

## [PROPOSED] ORDER

Upon consideration of the Parties Cross Motions for Summary Judgment, including all oppositions and replies thereto, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED,

ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED, and it is further

ORDERED that Judgment be entered in favor of Defendants.

SO ORDERED.


Dated: _____, 2019

_____
TANYA S. CHUTKAN
United States District Judge