IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   *Defendants*. | No. 1:17-cv-02458 (TSC) |

**DEFENDANTS' MOTION FOR A STAY OF DEFENDANTS' SUMMARY JUDGMENT REPLY BRIEFING IN LIGHT OF LAPSE IN APPROPRIATIONS**

  The United States of America hereby moves for a stay of its summary judgement reply briefing in the above-captioned case.

  1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal defendants. The Department does not know when funding will be restored by Congress.

  2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

  3. Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' summary judgement reply briefing until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that Plaintiffs oppose the Government's motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of summary judgment briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  January 10, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland (GA Bar No. 539498)
Tamra T. Moore
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC  20044
Tel.:  (202) 514-1280
Fax:  (202) 616-8460
Email: rachael.westmoreland@usdoj.gov