UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-2458 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel Completion of the Administrative Record, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; it is

FURTHER ORDERED that Exhibits A-G to the Declaration of Benjamin Link, Dkt. No. 22-2, are part of the Administrative Record in this matter; it is

FURTHER ORDERED that the April 14, 2017 memorandum from Peggy Mastroianni to Acting Chair Victoria Lipnic regarding EEOC's Response to EEAC's Argument that Relevant Circumstances Have Changed After OMB's Approval of the EEO-1 Report, attached to Plaintiffs' Motion as Exhibit A to the Declaration of Lenora M. Lapidus, is part of the Administrative Record in this matter; and it is

FURTHER ORDERED that the correspondence referenced in the Declarations of Dominic Mancini and Acting Chair Victoria Lipnic, Dkt. No. 25-1, relied on in Defendants' Cross-Motion for Summary Judgment, Dkt. No. 27, is part of the Administrative Record in this matter, and Defendants shall produce such correspondence within seven days of the date of this order.

2

SO ORDERED.

DATE: _____           _____
                                           TANYA S. CHUTKAN
                                           United States District Judge