# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

    *Plaintiffs*,

vs.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

    *Defendants*.

Civil Action No. 17-2458 (TSC)

## JOINT APPENDIX

Robin F. Thurston (DC Bar No. 1531399)
Javier M. Guzman (DC Bar No. 462679)
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rthurston@democracyforward.org
jguzman@democracyforward.org
jdubner@democracyforward.org

Fatima Goss Graves (DC Bar No. 481051)
Emily J. Martin (DC Bar No. 991968)
Sunu Chandy (DC Bar No. 1026045)
Maya Raghu (DC Bar No. 1035558)
National Women's Law Center
11 Dupont Circle, NW, Ste 800
Washington, DC 20036
(202) 588-5180
fgraves@nwlc.org
emartin@nwlc.org
schandy@nwlc.org
mraghu@nwlc.org

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE
RACHAEL L. WESTMORELAND
Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 5375
Washington, DC 20001
Tel:   (202) 305-8648
Fax:   (202) 305-8517
E-mail: Tamra.Moore@usdoj.gov

Attorneys for Defendants

# Table of Contents

Nat'l Research Council of the Nat'l Acads., Comm. on Nat'l Statistics,
*Collecting Compensation Data From Employers*, selected excerpts (2012);
OMB 0000001-2; OMB_0000014-18; OMB_000084-89;
OMB_0000099-104 ..................................................................................................JA001

Memorandum from Neomi Rao, Adm'r, Office of Info. and Regulatory
Affairs ("OIRA"), to Victoria Lipnic, Acting Chair, Equal Emp't
Opportunity Comm'n ("EEOC") (Aug. 29, 2017); OMB_0000299-300 ...................JA020

Letter from Michael J. Eastman, Equal Emp't Advisory Council ("EEAC"),
to John M. "Mick" Mulvaney, Dir., Office of Mgmt. and Budget ("OMB")
(Mar. 20, 2017); OMB_0000305-311 ..........................................................................JA022

Email from Joseph B. Nye to, among othrs, Anthony P. Campau (July 21, 2017);
OMB_0000312 .............................................................................................................JA029

Email from Michael J. Eastman to Neomi Rao, Adm'r, OIRA (July 21, 2017);
OMB_0000312–328 .....................................................................................................JA029

Letter from Chamber of Commerce of the U.S. to John M. "Mick" Mulvaney,
Dir., OMB (Feb. 27, 2017); OMB_0000332-340 .........................................................JA046

Emails between, among others, Emma Doyle and John M. "Mick" Mulvaney,
Dir., OMB (May 18, 2017); OMB_000356–363 ..........................................................JA055

Email between John M. "Mick" Mulvaney and Emma Doyle (Apr. 17, 2017);
OMB_0000365–366. .....................................................................................................JA063

Letter from Mark Wilson, HR Policy Ass'n, to John M. "Mick" Mulvaney,
Dir., OMB (Apr. 13, 2017); OMB_0000367-369 .........................................................JA065

Transcript of EEOC Meeting (Nov. 16, 2005); OMB_0000371-396 .....................................JA068

Letter from Am. Benefits Council et al., to John M. "Mick" Mulvaney,
Dir., OMB (Mar. 20, 2017); OMB_0000967-973 ........................................................JA094

Letter from Lamar Alexander & Pat Roberts, U.S. Senators, to John M. "Mick"
Mulvaney, Dir., OMB (Apr. 12, 2017); OMB_0001022-1023 ....................................JA101

Letter from Lois Frankel, U.S. Representative, et al., to John M. "Mick" Mulvaney,
Dir., OMB (May 8, 2017); OMB_0001027-1032 ........................................................JA103

Letter from Cory A. Booker, U.S. Senator, et al. to John M. "Mick" Mulvaney,
Dir., OMB (May 1, 2017); OMB_0001033-1038 ........................................................JA109

Letter from Nat'l Women's Law Ctr., et al., to John M. "Mick" Mulvaney,
Dir., OMB (Apr. 12, 2017); OMB_0001041–1051 .....................................................JA115

Memorandum from Peggy Mastroianni to Victoria Lipnic, Acting Chair,
EEOC (Apr. 14, 2017); originally attached to Decl. of Leanora M.
Lapidus, Dkt. No. 33-1 ...............................................................................................JA126

Materials Related to 2016 and Other OMB Approvals of the EEO-1 Form,
    AR Index, Section VI.a, Dkt. No. 25-1 .......................................................................JA130

    Agency Information Collection Activities: Revision of Employer
        Information Report, Sixty Day Notice,
        81 Fed. Reg. 5,113 (Feb. 1, 2016) ("Sixty Day Notice") ......................JA130

    Letter from Nat'l Women's Law Ctr. to Bernadette Wilson,
        Acting Executive Officer, Executive Secretariat, EEOC
        (Apr. 1, 2016); Decl. of Benjamin Link in Supp. of Pls.'
        Mot. for Summ. J. ("Link Decl."), Ex. J, Dkt. No. 22-2;
        *available at* https://www.regulations.gov/document?D=
        EEOC-2016-0002-0258 ...........................................................................JA139

    Letter from U.S. Chamber of Commerce to Bernadette Wilson
        (Apr. 1, 2016 (excluding attachments and exhibits);
        Link Decl., Ex. K; *available at* https://www.regulations.gov/
        document?D=EEOC-2016-0002-0280 .................................................JA153

    Letter from Berkshire Assocs., Inc. to Bernadette Wilson
        (Apr. 1, 2016); Link Decl., Ex. L; *available at*
        https://www.regulations.gov/document?D=EEOC-2016-
        0002-0221 ................................................................................................JA198

    Agency Information Collection Activities: Notice of Submission
        for OMB Review,
        81 Fed. Reg. 45,479 (July 14, 2016) ("Thirty Day Notice") ................JA220

    Letter from Nat'l Women's Law Ctr. to Joseph B. Nye
        (Aug. 15, 2016); Link Decl., Ex. M; *available at* https://www.
        regulations.gov/document?D=EEOC-2016-0002-0899 .......................JA239

    Letter from Gaucher Assocs to Joseph B. Nye (Aug. 15, 2016);
        Link Decl., Ex. N; *available at* https://www.regulations.gov/
        document?D=EEOC-2016-0002-0897 .................................................JA255

    Notice of OMB Action, Revision of a Currently Approved
        Collection, OMB Control No. 3046-0007 (Sept. 29, 2016);
        Link Decl., Ex. H ....................................................................................JA262

    EEOC Final Supporting Statement, Recordkeeping and Reporting
        Requeirements for Employer Inforamtion Report (EEO-1)
        (OMB Control No. 3046-0007) (Sept. 28, 2016);
        Link Decl., Ex. I .....................................................................................JA264

    Stay the Effectiveness of the EEO-1 Pay Data Collection,
        82 Fed. Reg. 43,362 (Sept. 15, 2017) ....................................................JA277

Archived EEOC webpages, originally attached to Link Decl., Dkt. No. 22-2 .......................JA279

    Ex. A (archived version of webpage referenced in Sixty Day
        Notice) ....................................................................................................JA279

Ex. B (archived EEOC webpage entitled "2017 EEO-1 Survey") .................JA290

Ex. C (archived EEOC webpage providing text to an EEOC
    EEO-1 Instruction Booklet for the March 2018 EEO-1 survey)..........JA292

Ex. D (archived EEOC webpage featuring data file layout for
    Components 1 and 2 of the 2017 EEO-1 survey)................................JA305

Ex. E (archived EEOC webpage featuring a "proposed EEO-1
    Form to collect pay data.")..................................................................JA312

Ex. F (archived EEOC webpage featuring questions and answers
    for the revised EEO-1 and summary pay data) ...................................JA320

Ex. G (archived EEOC webpage featuring a "Small Business Fact
    Sheet" for the revised EEO-1 and summary pay data)........................JA325

*Disputed records*

Records of consultations between OIRA and EEOC regarding the decision to review and stay the use of the revised EEO-1 form prior to the August 2017 Rao Memorandum.