UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**OFFICE OF MANAGEMENT AND BUDGET,** *et al.*,<br><br>  Defendants. | Civil Action No. 17-2458 (TSC) |

### ORDER

Upon consideration of Plaintiffs' Motion to Compel Completion of the Administrative Record, ECF No. 33, it is hereby

**ORDERED** that the motion is **GRANTED** in part.

Plaintiffs request that the court order that the administrative record be completed with three categories of documents: (1) archived EEOC webpages, Exhibits A-G to the Declaration of Benjamin Link, ECF No. 22-2; (2) an April 14, 2017 memorandum from Peggy Mastroianni to Acting Chair Lipnic, titled EEOC's Response to EEAC's Argument that Relevant Circumstances Have Changed After OMB's Approval of the EEO-1 Report, ECF No. 33-1; and (3) the correspondence referenced in the Declarations of Dominic Mancini and Acting Chair Lipnic, ECF No. 25-1. *See* ECF No. 33 at 2, 3.

In their opposition to Plaintiffs' motion, Defendants "agree to the inclusion of all of the records identified in Plaintiffs' motion except the e-mail correspondence referenced in the Declarations of Office of Information and Regulatory Affairs ('OIRA') Deputy Administrator,

Dominic J. Mancini, and the EEOC Acting Chair Lipnic." ECF No. 37 at 1; *id.* at 3 ("Defendants have agreed to the inclusion in the AR of all but one category of documents, *i.e.*, four separate e-mails exchanged between the Defendant agencies, which Plaintiffs have identified in their motion to compel."). Defendants identify these e-mails as follows:

> (1) an April 14, 2017 e-mail between Deputy Administrator Mancini and Acting Chair Lipnic; (2) an April 19, 2017 e-mail between Deputy Administrator Mancini and Acting Chair Lipnic; (3) a July 14, 2017 e-mail between Deputy Administrator Mancini and EEOC Chief of Staff Paretti; and (4) an August 28, 2017 e-mail between Deputy Administrator Mancini and EEOC Chief of Staff Paretti.

*Id.* Defendants describe these e-mails as being "exchanged for the purpose of requesting a consultation with the EEOC (the April 14, 2017 e-mail), scheduling meetings (*i.e.*, the April 19, 2017, and July 14, 2017 e-mails), or briefly describing a telephonic conversation (the August 28, 2017) between the two Defendant agencies regarding Component 2." *Id.* at 5. This representation appears to conflict with Defendants' earlier statement that "OMB initiated the review and stay process only after months of meetings, telephonic conference calls, and email and other written communications between agency heads at OMB and the EEOC and their respective staff in which the two agencies discussed each of the concerns referenced in the August 2017 Rao Memorandum." ECF No. 27-1 at 28. (citing Lipnic Decl., Mancini Decl.).

The court believes that reviewing the above-mentioned e-mails *in camera* would be useful to determine whether they should be part of the administrative record.

Therefore, it is hereby

**ORDERED** that Exhibits A-G to the Declaration of Benjamin Link, ECF No. 22-2, are part of the Administrative Record in this matter; and it is

**FURTHER ORDERED** that the April 14, 2017 memorandum from Peggy Mastroianni to Acting Chair Victoria Lipnic regarding EEOC's Response to EEAC's Argument that Relevant

Circumstances Have Changed After OMB's Approval of the EEO-1 Report, attached to Plaintiffs' Motion as Exhibit A to the Declaration of Lenora M. Lapidus, ECF No. 33-1, is part of the Administrative Record in this matter; and it is

**FURTHER ORDERED** that by 8:00 p.m. on February 8, 2019 the parties shall file supplemental briefing stating their positions on the court's conducting an *in camera* review of the disputed e-mails referenced in the Mancini and Lipnic declarations. These pleadings shall be no longer than five pages and the parties shall provide relevant case law.

Date: February 7, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge