**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> *Defendants*. | No. 1:17-cv-02458 (TSC) |

**SUPPLEMENTAL RESPONSE TO COURT'S FEBRUARY 7, 2019 ORDER**

On February 7, 2019, this Court issued an Order, directing the parties to submit supplemental briefing not to exceed five (5) pages "stating their positions on the court's conducting an *in camera* review of the disputed e-mails referenced in the Mancini and Lipnic declarations." Order, ECF No. 40 (Feb. 7, 2019). Defendants submit this supplemental brief to state their position that they do not object to the Court's *in camera* review of the four e-mails that are the remaining subject of Plaintiffs' motion to compel.

It is Defendants' view that this Court's *in camera* review of the four e-mails will confirm: (1) that Defendants have complied with the consultation requirement set forth in 5 C.F.R. § 1320.10(g); (2) that the decision to initiate a review and stay of Component 2 followed in-person and telephonic meetings across several months between the two Defendant agencies; and (3) that the four e-mails are not part of the Administrative Record and thus properly not included in the same. *See, e.g.*, Defs.' Summ. J. Br. at 30, ECF No. 27-1; Defs. Reply in Support of Defs.' Summ.

J. at 13 n.4, ECF No. 36; Opp. to Pls.' Mot. to Compel Completion of the Admin Record at 4, ECF No. 37.

| | |
|---|---|
| Dated: February 8, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CARLOTTA WELLS<br>Assistant Branch Director<br><br>*/s/ Tamra T. Moore*<br>Tamra T. Moore<br>Rachael L. Westmoreland<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C.  20005<br>Tel.:  (202) 305-8628<br>Fax:  (202) 616-8460<br>Email: Tamra.Moore@usdoj.gov |