UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **OFFICE OF MANAGEMENT AND BUDGET**, *et al.*, <br><br> Defendants. | Civil Action No. 17-2458 (TSC) |

## ORDER

The court has conducted an *in camera* inspection of the contested e-mails. *See* February 11, 2019 Minute Order.

It is **ORDERED** that the April 14, 2017 e-mails and the July 14, 2017 e-mails shall be added to the administrative record.[1]

It is **FURTHER ORDERED** that the April 19, 2017 e-mails and the August 28, 2017 e-mail shall not be added to the administrative record.

This court must review "the full administrative record that was before the Secretary at the time he made his decision." *Citizens to Preserve Overton Park v. Volpe,* 401 U.S. 402, 420 (1971). A reviewing court "should have before it neither more nor less information than did the agency when it made its decision." *Walter O. Boswell Mem'l Hosp. v. Heckler*, 749 F.2d 788,

---

[1] Except for the August 28, 2017 e-mail, the documents are "e-mail chains" consisting of more than one e-mail.

792 (D.C. Cir. 1984). "Courts in this Circuit have interpreted the whole record to include all documents and materials that the agency directly or indirectly considered … [and nothing] more nor less." *WildEarth Guardians v. Salazar*, 670 F. Supp. 2d 1, 4 (D.D.C. 2009) (quotation marks and citations omitted) (alteration in original).

The e-mails from April 19, 2017 are for only scheduling purposes. The e-mail from August 28, 2017 does not contain information that the agency directly or indirectly considered. The April 14, 2017 and July 14, 2017 e-mails contain more than scheduling correspondence and were before and considered by OMB at the time it made its decision. Therefore, the April 14, 2017 and July 14, 2017 e-mails "should have been properly a part of the administrative record but [were] excluded by the agency." *Id.* at 5 n.4.

It is **FURTHER ORDERED** that Defendants shall turn over the April 14, 2017 and July 14, 2017 e-mails to Plaintiffs by 5:00 p.m. on February 15, 2019.

Date: February 15, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge