UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**OFFICE OF MANAGEMENT AND BUDGET**, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, ECF No. 11, Plaintiffs' Motion for Summary Judgment, ECF No. 22, and Defendants' Motion for Summary Judgment, ECF No. 27, and for the reasons set forth in the court's Memorandum Opinion dated March 4, 2019, ECF No. 45, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 11, is **DENIED**.  It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 22, is **GRANTED**. It is further

**ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 27, is **DENIED**. It is further

**ORDERED** that OMB's stay of EEOC's revised EEO-1 form and the September 15, 2017 Federal Register Notice (Stay the Effectiveness of the EEO-1 Pay Data Collection, 82 Fed. Reg. 43362) announcing the same are **VACATED**.

Date:  March 4, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge