# Attachment A

| | |
|---|---|
| **From:** | Moore, Tamra (CIV) |
| **To:** | Robin Thurston |
| **Cc:** | Jeff Dubner |
| **Subject:** | RE: NWLC v. OMB, Civ. No. 17-2458 |
| **Date:** | Monday, March 11, 2019 3:25:52 PM |

Robin,

I understand, and as soon as I have any information to report, you will be among the first to know.

Tamra

Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, March 11, 2019 10:38 AM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Cc:** Jeff Dubner <jdubner@democracyforward.org>
**Subject:** Re: NWLC v. OMB, Civ. No. 17-2458

Hi Tamra,

Thank you for the email. Hope you had a nice weekend.

We would appreciate it if you would let us know asap if Defendants decide to attempt to make any changes to the current dates for releasing the survey and collecting EEO-1 reports.

Thanks,
Robin

On Fri, Mar 8, 2019 at 11:45 AM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> (removing Rachael, who is tied up on other matters for the time being)
>
> Robin,
>
> I wanted to get back to you about your email. Unfortunately, at this point, I do not have any

answers to the questions that you pose. Both agencies are still trying to figure out next steps. As soon as I have any additional information, I'll let you know.

Tamra

Tamra T. Moore
United States Department of Justice
Civil Division – Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Direct Dial: (202) 305-8628
Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Tuesday, March 05, 2019 11:01 AM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>; Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>; Jeff Dubner <jdubner@democracyforward.org>
**Subject:** NWLC v. OMB, Civ. No. 17-2458

Dear Tamra and Rachael,

I hope that you're well. I'm emailing about the Court's ruling yesterday in the NWLC v. OMB case. Given that the revised EEO-1 form (including Component 2) is now in effect and the pay data will be due on May 31st, we wanted to ensure that employers will be advised of this update. The EEO-1 survey is scheduled to post on March 18, 2019. (https://www.eeoc.gov/employers/eeo1survey/index.cfm). Based on the Court's ruling, we expect that the survey will include the Component 2 pay data collection. (As you previously relayed from OMB, that agency anticipated that it would take about one day to re-implement the pay data collection). Would you please confirm that this is correct?

What other steps will the government take to ensure that employers are aware of the renewed pay data reporting requirement?

All the best,
Robin

--
Robin Thurston
Senior Counsel
Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

> NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--
Robin Thurston
Senior Counsel
Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.