# Attachment B

# Robin Thurston

| | |
|---|---|
| **From:** | Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> |
| **Sent:** | Monday, March 18, 2019 12:41 PM |
| **To:** | Robin Thurston |
| **Cc:** | jdubner@democracyforward.org |
| **Subject:** | RE: NWLC, et al. v. OMB, et al. — update |

Robin,

The information that EEOC posted for employers on its website this morning is the only information that I have right now. EEOC is working hard to comply with the Court's order and "will provide further information as soon as possible." My understanding is that this includes providing specifics about collecting Component 2 pay data from employers.

As soon as I have any additional information, I will share it with you -- just as I did with EEOC's notice this past weekend.

Tamra


Tamra T. Moore
United States Department of Justice
Civil Division – Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Direct Dial: (202) 305-8628
Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, March 18, 2019 12:09 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Cc:** jdubner@democracyforward.org
**Subject:** Re: NWLC, et al. v. OMB, et al. — update

Tamra,

Thank you for responding. Can you provide us with more information about what Defendants are doing to comply with the Court's order? It would be helpful to have information about timing and about plans for alerting the reporting community to the renewed obligation to submit component 2 data --- especially now that employers will have begun submitting component 1 data. Absent specific information about plans for compliance we continue to believe that the Court's guidance is necessary at this point.

Jeff and I are available to talk this afternoon -- please let me know if you have more information to provide and/or when a good time to speak would be.

Thanks,
Robin

On Mon, Mar 18, 2019 at 11:55 AM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Robin,
>
> Please relay Defendants' position as follows: "Defendants are working diligently to comply with the Court's recent order and therefore believe that Plaintiffs' request for a status conference is unnecessary at this time."
>
> Thanks,
>
> Tamra
>
> Tamra T. Moore
>
> United States Department of Justice
>
> Civil Division – Federal Programs Branch
>
> 1100 L Street N.W.
>
> Washington, D.C. 20005
>
> Direct Dial: (202) 305-8628
>
> Fax: (202) 616-8470
>
> This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection.  If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.
>
> **From:** Robin Thurston <rthurston@democracyforward.org>
> **Sent:** Monday, March 18, 2019 10:08 AM
> **To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>

2

**Cc:** jdubner@democracyforward.org
**Subject:** Re: NWLC, et al. v. OMB, et al. — update

Tamra,

Thank you for providing the information. We also noticed that as of this morning the EEO-1 reporting period has been opened, and the language has been posted on EEOC's website.

We view the decision to open the reporting period without including component 2 data, especially without a plan for when or how component 2 data will be collected, as being out of compliance with the Court order vacating the stay. As such, we intend to request a status conference at the Court's earliest convenience. Would you please let me know the government's position on this request by noon today?

Thanks,

Robin

On Sat, Mar 16, 2019 at 12:23 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Robin,
>
> EEOC has informed us that it intends to post the following notice on its website either tomorrow evening or early Monday morning: "As it announced at the end of January, the EEOC is opening its EEO-1 online portal to receive 2018 EEO-1 Component 1 data starting March 18, 2019 and ending May 31, 2019. The EEOC is working diligently on next steps in the wake of the court's order in *National Women's Law Center, et al., v. Office of Management and Budget, et al.*, Civil Action No. 17-cv-2458 (TSC), which vacated the OMB stay on collection of Component 2 EEO-1 pay data. The EEOC will provide further information as soon as possible."
>
> Tamra

--

Robin Thurston

Senior Counsel

3

Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775


NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.


--
Robin Thurston
Senior Counsel
Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.