# Attachment C

# Robin Thurston

| | |
|---|---|
| **From:** | Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> |
| **Sent:** | Monday, December 3, 2018 4:11 PM |
| **To:** | Robin Thurston |
| **Cc:** | Jeff Dubner; Westmoreland, Rachael (CIV) |
| **Subject:** | RE: NWLC, et al. v. OMB, et al. -- have a second to talk this morning? |

Hi Robin,

I apologize (again) for the delay. I've heard back from OMB about your request to know how much time it will take OMB to get Component 2 "live" should plaintiffs prevail in this case. OMB said "1 day." We are waiting to hear back from EEOC – apparently the person who would have knowledge of this is out of the office today. But they will get back to me tomorrow.
Does any of this help?

Tamra

Tamra T. Moore
United States Department of Justice
Civil Division – Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Direct Dial: (202) 305-8628
Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, December 03, 2018 12:50 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Cc:** Jeff Dubner <jdubner@democracyforward.org>; Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra,

Yes, that's the right framing of the question. Thanks for passing it along.

Robin

On Mon, Dec 3, 2018 at 12:32 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Ah, ok. Let me pass that question along to both OMB and EEOC and get back to you with their respective responses. And to make sure that I fully understand your question - -plaintiffs want to know how long it would take to get component 2 "live" for employer filing purposes? Is that the correct framing of the question? If not, please feel free to reframe it in the wording that you think makes most sense. I'd hate to pass along the incorrect question.

Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection.  If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, December 03, 2018 12:17 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>; Jeff Dubner <jdubner@democracyforward.org>
**Cc:** Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra and Rachael,

Thank you for the email and the information.  We're talking with our clients, and will respond to your extension request later today.  In the meantime, it would also be helpful to know whether the agencies have an estimate of how much time, if any, they would like to implement a court ruling in plaintiffs' favor.  If we could signal that date to the Judge, that might alleviate some of our concern about time continuing to pass during a more prolonged briefing schedule.

Thanks very much,

Robin

On Mon, Dec 3, 2018 at 10:37 AM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote: