UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 1:17-cv-02458 (TSC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Movants DirectEmployers Association, Inc. and the American Society of Employers move for the admission and appearance of attorney John C. Fox *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of John C. Fox, filed concurrently herewith. As set forth in Mr. Fox's declaration, he is admitted and an active member in good standing of the State Bar of California, the United States District Court for the Northern District of California, the Eastern District of California, the Central District of California, and the Southern District of California. This Motion is supported and signed by Madalyn K. Doucet, an active and sponsoring member of the Bar of this Court.

1

2

                                        Respectfully Submitted,

Dated:  March 31, 2019                              /s/
                                                            Madalyn K. Doucet (D.C. Bar No. 1600121)
                                                             HUNTON ANDREWS KURTH
                                                             2200 Pennsylvania Avenue, NW
                                                             Washington, D.C. 20037
                                                            (202) 955-1500
                                                            (202) 778-2201
                                                            mdoucet@HuntonAK.com