UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br>　　　　　　　Defendants. | Civil Case No. 1:17-cv-02458 (TSC) |

# DECLARATION OF JOHN C. FOX IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, John C. Fox, do declare as follows:

1.　I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Fox, Wang & Morgan P.C., counsel of record representing Movants DirectEmployers Association, Inc. ("DE") and the American Society of Employers ("ASE") as potential *amici curiae* in the instant matter entitled *National Women's Law Center, et al. v. Office of Management and Budget, et al.*, Case No. 1:17-cv-02458 (TSC).  Fox, Wang & Morgan P.C. is located at 315 University Avenue, Los Gatos, California 95030, and my direct telephone number is (408) 844-2360.

1

2. I have personal knowledge of the following facts in this declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon as a witness, I could and would testify competently thereto. I am making this declaration in support of the Motion for Admission of Attorney *Pro Hac Vice*.

3. I am a member in good standing of the State Bar of California. I am also admitted to practice before the United States District Court for the Northern, Eastern, Central, and Southern Districts of California.

4. I have previously been admitted but am now voluntarily inactive with the State Bar of Virginia. I have also previously been admitted, and am now voluntarily inactive, to practice before the U.S. District Court for the District of Columbia, the Fifth and Eleventh U.S. Circuit Court of Appeals, and the U.S. Supreme Court.

5. I certify that I have never been disciplined for my conduct as an attorney before any court or as a member of any bar association.

6. I have not been admitted *pro hac vice* in this Court during the prior two years, but was previously admitted to practice before this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

/ / /

/ / /

/ / /

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: March 31, 2019

/s/
John C. Fox (*Pro Hac Vice pending;*
CA SBN 135668)
FOX, WANG & MORGAN P.C.
315 University Avenue
Los Gatos, CA 95030
Telephone: (408) 844-2350
Fax:  (408) 844-2351
jfox@foxwangmorgan.com