UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:17-cv-02458 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF JAY J. WANG IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jay J. Wang, do declare as follows:

1.  I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Fox, Wang & Morgan P.C., counsel of record representing Movants DirectEmployers Association, Inc. ("DE") and the American Society of Employers ("ASE") as potential *amici curiae* in the instant matter entitled *National Women's Law Center, et al. v. Office of Management and Budget, et al.*, Case No. 1:17-cv-02458 (TSC). Fox, Wang & Morgan P.C. is located at 315 University Avenue, Los Gatos, California 95030, and my direct telephone number is (408) 844-2370.

1

2. I have personal knowledge of the following facts in this declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon as a witness, I could and would testify competently thereto. I am making this declaration in support of the Motion for Admission of Attorney *Pro Hac Vice*.

3. I am a member in good standing of the State Bar of California. I am also admitted to practice before the United States District Court for the Northern, Eastern, Central, and Southern Districts of California.

4. I certify that I have never been disciplined for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* in this Court during the prior two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: March 31, 2019

_____/s/_____
Jay J. Wang (*Pro Hac Vice pending;*
CA SBN 206127)
FOX, WANG & MORGAN P.C.
315 University Avenue
Los Gatos, CA 95030
Telephone: (408) 844-2350
Fax: (408) 844-2351
jwang@foxwangmorgan.com