UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Case No. 1:17-cv-02458 (TSC) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY

## *PRO HAC VICE*

The Court has reviewed Movant's Motion for Admission of attorney Jay J. Wang *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jay J. Wang's *pro hac vice* admission to this Court.

IT IS SO ORDERED.


Dated: _____   _____
                                       TANYA S. CHUTKAN
                                       United States District Judge

1