# EXHIBIT 2

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
                Plaintiff )
   vs )   Civil Action No. __1:17-cv-2458 (TSC)__
)
OFFICE OF MANAGEMENT AND )
BUDGET, et al. )
)
                Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __DirectEmployers Association, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DirectEmployers Association, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature: _/s/ Jay Wang_

CA Bar No. 206127
BAR IDENTIFICATION NO.

Jay Wang
Print Name

315 University Avenue
Address

Los Gatos, CA 95030
City   State   Zip Code

(408) 844-2370
Phone Number