# EXHIBIT 3

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
                Plaintiff )
vs. )   Civil Action No. __1:17-cv-2458 (TSC)__
)
OFFICE OF MANAGEMENT AND )
BUDGET, et al. )
)
                Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __American Society of Employers__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Society of Employers__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

                                            Attorney of Record

                                            _/s/ Jay J. Wang_
                                            Signature

__CA SBN 206127__                         Jay J. Wang
BAR IDENTIFICATION NO.            Print Name

                                            315 University Avenue
                                            Address

                                            Los Gatos, CA 95030
                                            City          State         Zip Code

                                            (408) 844-2370
                                            Phone Number