**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Case No. 1:17-cv-02458 (TSC) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Edward Lee Isler of the law firm of Isler Dare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of DirectEmployers Association, Inc. and The American Society of Employers.

Dated: April 1, 2019                     Respectfully submitted,

                                         */s/ Edward Lee Isler*
                                         Edward Lee Isler, D.C. Bar No. 417076
                                         ISLER DARE, P.C.
                                         1945 Old Gallows Road, Suite 650
                                         Vienna, Virginia 22182
                                         (703) 748-2690
                                         (703) 748-2695 (fax)
                                         eisler@islerdare.com

                                         *Counsel for DirectEmployers Association, Inc.*
                                         *and The American Society of Employers*