**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Case No. 1:17-cv-02458 (TSC) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of DirectEmployers Association, Inc. and The American Society of Employers.

Dated:  April 1, 2019                     Respectfully submitted,


                                           /s/  Micah E. Ticatch
                                          Micah E. Ticatch, D.C. Bar No. 1005398
                                          ISLER DARE, P.C.
                                          1945 Old Gallows Road, Suite 650
                                          Vienna, Virginia 22182
                                          (703) 748-2690
                                          (703) 748-2695 (fax)
                                          mticatch@islerdare.com

                                          *Counsel for DirectEmployers Association, Inc.*
                                          *and The American Society of Employers*