UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.,* <br><br> Defendants. | Civil Case No. 1:17-cv-02458 (TSC) |

## ORDER

Upon consideration of the Motion for Leave to Participate as *Amicus Curiae* by Movants DirectEmployers Association, Inc. and the American Society of Employers ("Movants"), and the materials submitted in support of that Motion;

The Court, finding Movants' brief contains relevant expertise and concern for the issues at stake, and that Movants have unique information or perspective not within the purview of the parties to this Action, has determined that Movants' Motion for Leave to Participate as *Amici Curiae* should be, and hereby is, GRANTED.

The Court shall accept and file Movants' Amici Brief into the Docket, and shall take into consideration any or all information provided therein.

Dated: _____      _____
TANYA S. CHUTKAN
United States District Judge