IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al, <br><br> Defendants. | Case No. 1:17-cv-02458 (TSC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Lawrence Z. Lorber (D.C. Bar No. 103127), a member in good standing of the Bar of the District of Columbia and counsel for: Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as *Amici Curiae*, and pursuant to Civil Local Rule 83.2(d), move for the admission and appearance of attorney Camille A. Olson *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Camille A. Olson, filed concurrently herewith. As set forth in Ms. Olson's declaration, she is admitted and an active member in good standing of the State Bars of Illinois and California, the Supreme Court of the United States, the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, the Northern District of California, the Central District of California, the Eastern District of California, the Eastern District of Michigan, the Northern

District of Indiana, the U.S. Court of Appeals for the Seventh Circuit, the DC Circuit, the Fifth Circuit, the Eighth Circuit, the Ninth Circuit, and the First Circuit.

This motion is supported and signed by Lawrence Z. Lorber, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

By: /s/ Lawrence Z. Lorber
Lawrence Z. Lorber (D.C. Bar No. 103127)
llorber@seyfarth.com
SEYFARTH SHAW LLP
975 F Street NW
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

Camille A. Olson (to be admitted *pro hac vice*)
colson@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL  60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as Amici Curiae*

Dated:  April 3, 2019