# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.<br><br>          Defendants. | Case No. 1:17-cv-02458 (TSC) |

**DECLARATION OF CAMILLE A. OLSON IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Civil Local Rule 83.2(d) of the United States District Court for the District of Columbia, I, Camille A. Olson, being duly sworn, hereby deposes and says as follows:

I certify that I am familiar with the Local Rules of this Court.

1.      My name is Camille A. Olson.

2.      I am a Partner at the law firm of Seyfarth Shaw LLP, resident in its Chicago office, located at 233 South Wacker Drive, Suite 8000, Chicago, IL 60606.  My telephone number is 312-460-5831.

3.      I am admitted in the State Bars of Illinois and California, the Supreme Court of the United States, the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, the Northern District of California, the Central District of California, the Eastern District of California, the Eastern District of Michigan, the Northern District of Indiana, the U.S. Court of Appeals for the Seventh Circuit, the DC Circuit, the Fifth Circuit, the Eighth Circuit, the Ninth Circuit, and the First Circuit.

4.      I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted.  I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, this 3rd day of April, 2019.

                              Respectfully submitted,

                              /s/ Camille A. Olson
                              Camille A. Olson
                              colson@seyfarth.com
                              SEYFARTH SHAW LLP
                              233 South Wacker Drive, Suite 8000
                              Chicago, IL  60606
                              Telephone:  312-460-5000
                              Facsimile:  312-460-7000

Dated:  April 3, 2019