# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al <br><br> Defendants. | Case No. 1:17-cv-02458 (TSC) |

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CAMILLE A. OLSON *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Camille A. Olson *pro hac vice*. Upon consideration of that motion, the Court grants attorney Camille A. Olson *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                         _____
                                               TANYA S. CHUTKAN
                                               United States District Judge