UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | )<br>)<br>) |
| *Defendants*. | )<br>)<br>) |

Case No. 17-cv-2458 (TSC)

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as *Amici Curiae*.

Dated: April 3, 2019                                    Respectfully submitted,

*/s/      Lawrence Z. Lorber*
Lawrence Z. Lorber (D.C. Bar No. 103127)
Richard B. Lapp (*pro hac vice* pending)
Camille A. Olson (*pro hac vice* pending)
Annette Tyman (*pro hac vice* pending)
Seyfarth Shaw LLP
975 F Street, NW
Washington, D.C. 20004
llorber@seyfarth.com
Telephone:  (202) 828-5341
Facsimile:  (202) 828-5393

2

55968644v.1