# EXHIBIT 3

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
)
               Plaintiff )   Civil Action No. __17-cv-2458__
     vs )
OFFICE OF MANAGEMENT AND )
BUDGET, et al., )
)
)
              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __HR Policy Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __HR Policy Association__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record

                                          Signature

__DC Bar No. 103127__                      __Lawrence Z. Lorber__
BAR IDENTIFICATION NO.               Print Name

                                          __975 F St. NW__
                                          Address

                                          __Washington, DC 20004__
                                          City         State        Zip Code

                                          __202-828-5341__
                                          Phone Number