# EXHIBIT 4

CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. )<br>)<br>)<br>)<br>Plaintiff )<br>vs )<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, et al., )<br>)<br>)<br>Defendant ) | Civil Action No. 17-cv-2458 |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Associated Builders and Contractors  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Associated Builders and Contractors  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 103127
BAR IDENTIFICATION NO.

Lawrence Z. Lorber
Print Name

975 F St. NW
Address

Washington, DC 20004
City          State          Zip Code

202-828-5341
Phone Number