# EXHIBIT 5

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW                    )
CENTER, et al.                          )
                                        )
                                        )
                    Plaintiff           )        Civil Action No.    17-cv-2458
            vs                          )
OFFICE OF MANAGEMENT AND                )
BUDGET, et al.,                         )
                                        )
                    Defendant           )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for    Associated General Contractors of America    certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of    Associated General Contractors of America    which  have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 103127                        Lawrence Z. Lorber
_____            _____
BAR IDENTIFICATION NO.                   Print Name

                                         975 F St. NW
                                         _____
                                         Address

                                         Washington, DC 20004
                                         _____
                                         City           State        Zip Code

                                         202-828-5341
                                         _____
                                         Phone Number