# EXHIBIT 6

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
)
                Plaintiff )   Civil Action No.  17-cv-2458
        vs )
OFFICE OF MANAGEMENT AND )
BUDGET, et al., )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Center for Workplace Compliance  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Center for Workplace Compliance  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                      Attorney of Record

                                                      Signature

DC Bar No. 103127                            Lawrence Z. Lorber
BAR IDENTIFICATION NO.             Print Name

                                                     975 F St. NW
                                                     Address

                                                     Washington, DC 20004
                                                     City             State          Zip Code

                                                     202-828-5341
                                                     Phone Number