# EXHIBIT 7

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
)
              Plaintiff )   Civil Action No. __17-cv-2458_____
      vs )
OFFICE OF MANAGEMENT AND )
BUDGET, et al., )
)
)
             Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Institute for Workplace Equality__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Institute for Workplace Equality__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Attorney of Record

                                              Signature

__DC Bar No. 103127__                __Lawrence Z. Lorber__
BAR IDENTIFICATION NO.          Print Name

                                              975 F St. NW
                                              Address

                                              Washington, DC 20004
                                              City           State         Zip Code

                                              202-828-5341
                                              Phone Number