# EXHIBIT 8

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
)
                Plaintiff )   Civil Action No. __17-cv-2458__
vs )
OFFICE OF MANAGEMENT AND )
BUDGET, et al. )
)
)
               Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __National Association of Manufacturers__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Association of Manufacturers__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                             Attorney of Record

                                                             Signature

__DC Bar No. 103127__                      __Lawrence Z. Lorber__
BAR IDENTIFICATION NO.               Print Name

                                                              __975 F. St. BW__
                                                              Address

                                                              __Washington, DC 20004__
                                                             City             State        Zip Code

                                                              __202-828-5341__
                                                              Phone Number