# EXHIBIT 9

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
 )
 )
           Plaintiff )     Civil Action No. 17-cv-2458
    vs )
OFFICE OF MANAGEMENT AND )
BUDGET, et al., )
 )
 )
           Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  National Federation of Independent Business  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  National Federation of Independent Business  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 103127                    Lawrence Z. Lorber
BAR IDENTIFICATION NO.                Print Name

975 F St. NW
Address

Washington, DC 20004
City          State          Zip Code

202-828-5341
Phone Number