# EXHIBIT 10

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW  )
CENTER, et al.  )
)
)
)
                Plaintiff  )   Civil Action No. 17-cv-2458
      vs  )
OFFICE OF MANAGEMENT AND  )
BUDGET, et al.,  )
)
)
               Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for   National Retail Federation   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   National Retail Federation   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                    Attorney of Record

                                    Signature

DC Bar No. 103127                     Lawrence Z. Lorber
BAR IDENTIFICATION NO.           Print Name

                                    975 F St. NW
                                    Address

                                    Washington, DC 20004
                                    City        State        Zip Code

                                    202-828-5341
                                    Phone Number