# EXHIBIT 11

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW  )
CENTER, et al.  )
)
)
)
              Plaintiff  )   Civil Action No. 17-cv-2458
vs  )
OFFICE OF MANAGEMENT AND  )
BUDGET, et al.,  )
)
)
              Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Restaurant Law Center  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Restaurant Law Center  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                Attorney of Record

                                                                _____
                                                                Signature

DC Bar No. 103127                                               Lawrence Z. Lorber
BAR IDENTIFICATION NO.                                          Print Name

                                                                975 F St. NW
                                                                Address

                                                                Washington, DC 20004
                                                                City          State         Zip Code

                                                                202-828-5341
                                                                Phone Number