# EXHIBIT 12

CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. </br></br>                    Plaintiff</br>vs</br>OFFICE OF MANAGEMENT AND BUDGET, et al.</br></br>                    Defendant | )</br>)</br>)</br>)</br>)</br>)     Civil Action No. 17-cv-2458</br>)</br>)</br>)</br>)</br>) |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Retail Litigation Center, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Retail Litigation Center, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 103127
BAR IDENTIFICATION NO.

Lawrence Z. Lorber
Print Name

975 F. St. BW
Address

Washington, DC 20004
City            State            Zip Code

202-828-5341
Phone Number