# EXHIBIT 13

CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WOMEN'S LAW )
CENTER, et al. )
)
)
             Plaintiff )   Civil Action No. __17-cv-2458__
vs )
OFFICE OF MANAGEMENT AND )
BUDGET, et al., )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Society for Human Resource Management__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Society for Human Resource Management__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                       Attorney of Record

                                       Signature

__DC Bar No. 103127__              __Lawrence Z. Lorber__
BAR IDENTIFICATION NO.          Print Name

                                       __975 F St. NW__
                                       Address

                                       __Washington, DC 20004__
                                       City        State       Zip Code

                                       __202-828-5341__
                                       Phone Number