# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER,** *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| **OFFICE OF MANAGEMENT AND BUDGET,** *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

Case No. 17-cv-2458 (TSC)

## **[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Participate as Amici Curiae by movants Chamber of Commerce of the United States of America), the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, The Institute for Workplace Equality, the National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, the Restaurant Law Center, Retail Litigation Center, Inc., and the Society for Human Resource Management, any opposition thereto, and the record herein, it is hereby

ORDERED that the motion is hereby GRANTED; and it is further

ORDERED the Court shall accept and file Movants Amici brief which is attached to the Motion for Leave, and shall take into consideration any or all information provided therein.

Dated:_____   _____
                                    TANYA S. CHUTKAN
                                    United States District Judge

56010468v.1