IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al,<br><br>  Plaintiffs,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al<br><br>  Defendants. | Case No. 17-cv-02458 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Lawrence Z. Lorber (D.C. Bar No. 103127), a member in good standing of the Bar of the District of Columbia and counsel for: Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as *Amici Curiae*, and pursuant to Civil Local Rule 83.2(d), move for the admission and appearance of attorney, Annette Tyman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Annette Tyman, filed herewith. As set forth in Ms. Tyman's declaration, she is admitted and an active member in good standing in the following courts and bars: State of Illinois, Northern District of Illinois (06/23/05), and Supreme Court of Illinois (05/05/05) and Seventh Circuit Court of Appeals (06/05/09).

This motion is supported and signed by Lawrence Z. Lorber, an active and sponsoring member of the Bar of this Court.

                                        Respectfully submitted,

                                        By: /s/ Lawrence Z. Lorber
                                        SEYFARTH SHAW LLP
                                        975 F Street NW
                                        Washington, DC  20004-1454
                                        Telephone:  (202) 463-2400
                                        Facsimile:  (202) 828-5393
                                        llorber@seyfarth.com

                                        Annette Tyman (to be admitted *pro hac vice*)
                                        atyman@seyfarth.com
                                        SEYFARTH SHAW LLP
                                        233 South Wacker Drive, Suite 8000
                                        Chicago, IL  60606
                                        Telephone: (312) 460-5000
                                        Facsimile: (312) 460-7000

                                        *Counsel for Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as Amici Curiae*

Dated:  April 3, 2019