# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER,
et al,

               Plaintiffs,

     v.

OFFICE OF MANAGEMENT AND
BUDGET, et al

               Defendants.

Case No. 17-cv-02458

### DECLARATION OF ANNETTE TYMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Annette Tyman, being duly sworn, hereby deposes and says as follows:

I certify that I am familiar with the Local Rules of this Court.

1.      My name is Annette Tyman.

2.      I am a Partner at the law firm of Seyfarth Shaw LLP, resident in its Chicago office, located at 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606. My telephone number is 312-460-5943.

3.      I am admitted in the following bars:

      State of Illinois (05/05/05)

      I am admitted to practice in the following courts:

      Northern District of Illinois (06/23/05)
      Seventh Circuit Court of Appeals (06/05/09)

4.      I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5.      I have never been admitted *pro hac vice* in this Court.

6.      I do not engage in the practice of law from an office in the District of Columbia.  I

am not a member of the District of Columbia Bar, nor do I have an application for membership

pending.


I declare under penalty of perjury that the foregoing is true and correct.  Executed in

Chicago, Illinois, this 3rd day of April, 2019.


Respectfully submitted,


/s/ Annette Tyman
Annette Tyman
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL  60606
Telephone:  312-460-5943
Facsimile:  312-460-7943
atyman@seyfarth.com