# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER,
et al,

          Plaintiffs,

     v.

OFFICE OF MANAGEMENT AND
BUDGET, et al

          Defendants.

Case No. 17-cv-02458

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY ANNETTE TYMAN *PRO HAC VICE***

The Court has reviewed Movant's Motion for Admission of attorney Annette Tyman *pro hac vice*.  Upon consideration of that motion, the Court grants attorney Annette Tyman's *pro hac vice* admission to this Court.


IT IS SO ORDERED.


DATED: _____                          _____
                                                TANYA S. CHUTKAN
                                                United States District Judge