IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al,<br><br>              Plaintiffs,<br><br>       v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al<br><br>              Defendants. | Civil Case No. 17-cv-02458 (TSC) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Lawrence Z. Lorber (D.C. Bar No. 103127), a member in good standing of the Bar of the District of Columbia and counsel for: Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as *Amici Curiae*, and pursuant to Civil Local Rule 83.2(d), move for the admission and appearance of attorney, Richard B. Lapp *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Richard B. Lapp, filed herewith. As set forth in Mr. Lapp's declaration, he is admitted and an active member in good standing of the State Bars of Illinois and California, the Supreme Court of the United States, the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Southern District of California, the Northern District of California, the Central District of California, the Eastern District of Michigan, the Western of Michigan, the Northern District of Indiana, the U.S. Court

of Appeals for the Seventh Circuit, the First Circuit, the Second Circuit, the Fourth Circuit, the Ninth Circuit, and the Tenth Circuit.

This motion is supported and signed by Lawrence Z. Lorber, an active and sponsoring member of the Bar of this Court.

>Respectfully submitted,
>
>By: /s/ Lawrence Z. Lorber
>SEYFARTH SHAW LLP
>975 F Street NW
>Washington, DC  20004-1454
>Telephone:  (202) 463-2400
>Facsimile:  (202) 828-5393
>llorber@seyfarth.com
>
>Richard B. Lapp (to be admitted *pro hac vice*)
>rlapp@seyfarth.com
>SEYFARTH SHAW LLP
>233 South Wacker Drive, Suite 8000
>Chicago, IL  60606
>Telephone: (312) 460-5000
>Facsimile: (312) 460-7000
>
>*Counsel for Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, Institute for Workplace Equality, National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, Restaurant Law Center, Retail Litigation Center, Inc., and Society for Human Resources Management as Amici Curiae*

Dated:  April 3, 2019