# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al <br><br> Defendants. | Civil Case No. 1:17-cv-02458 (TSC) |

### DECLARATION OF RICHARD B. LAPP IN
### SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Richard B. Lapp, being duly sworn, hereby deposes and says as follows:

1. My name is Richard B. Lapp.

2. I am an attorney at the law firm of Seyfarth Shaw LLP, resident in its Chicago office, located at 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606. My direct telephone number is 312-460-5914.

3. I am admitted in the State Bars of Illinois and California, the Supreme Court of the United States, the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Southern District of California, the Northern District of California, the Central District of California, the Eastern District of Michigan, the Western of Michigan, the Northern District of Indiana, the U.S. Court of Appeals for the Seventh Circuit, the First Circuit, the Second Circuit, the Fourth Circuit, the Ninth Circuit, and the Tenth Circuit.

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, this 3rd day of April, 2019.

Respectfully submitted,

/s/ Richard B. Lapp
Richard B. Lapp
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL  60606
Telephone:  312-460-5000
Facsimile:  312-460-7000
rlapp@seyfarth.com

Dated:  April 3, 2019

2