# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al <br><br> Defendants. | Case No. 17-cv-02458 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY RICHARD B. LAPP *PRO HAC VICE***

The Court has reviewed the Motion for Admission of attorney Richard B. Lapp *pro hac vice*. Upon consideration of that motion, the Court grants attorney Richard B. Lapp *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                    _____
                                          TANYA S. CHUTKAN
                                          United States District Judge

55948176v.1