# EXHIBIT A

Home (/CWC/)  »  Search

# Search



| | |
|---|---|
| 1 results | Sort by  Memo Number,  **Newest**,  **Oldest**,  **Relevance**. |

Memo ✖   17-248 ✖

### TYPE
Memo    1

### MEMO NUMBER
17-248
🔍 17-248

### TOPIC
All
Affirmative Action Complia...  1
Compensation/Pay Equity  1
Recordkeeping/Posting  1

### AGENCY/COURT
All
EEOC  1
OMB  1

### PUBLICATION YEAR
2017  1

### Employee Advocacy Groups Sue OMB in Attempt To Reinstating Expanded EEO-1 Report (http://www.cwc.org/CWC/Memos_Online/Legacy_M document=17-248.pdf)

17-248 Nov 22, 2017

Earlier this year, the Trump Administration's Office of Management and Budget withdr expanded version of the EEO-1 form issued by the EEOC in 2016 that would have requ compensation and hours worked data. OMB's authority to withdraw that approval is n

**Memo**   Affirmative Action Compliance (?ms_tag_=Affirmative Action Compliance)   Compensation ms_tag_=Compensation/Pay Equity)   Recordkeeping/Posting (?ms_tag_=Recordkeeping/Posting)

Powered By FUSE (https://www.fusesearch.com/)

Our members are the nation's leading employers committed to compliance, diversity and inclusion, and the sensible regulation of the U.S. workplace.

Click HERE for more information on CWC membership benefits (/CWC/MembershipPages/Membership.as

**JOIN NOW** (/CWC/MembershipPages/Join_CWC.aspx

(http://www.cwc.org)

Copyright © 2019 Center for Workplace Compliance
All rights reserved
Privacy Policy (http://www.cwc.org/cwc/footer/privacy)

Connect

in (https://www.linkedin.com/company/centerfc

🐦 (https://twitter.com/CWC_Alert)

f (https://www.facebook.com/centerforwork

1501 M Street, NW | Suite 1000
Washington, DC 20005
Tel: 202.629.5650
Fax: 202.629.5651