UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF MANAGEMENT AND BUDGET**, *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## ORDER

Currently pending before the court are the Motion for Leave to Participate as *Amici Curiae* of the DirectEmployers Association, Inc. and the American Society of Employers, ECF No. 50, the Motion for Leave to File *Amici Curiae* Brief of the Chamber of Commerce, *et al.*, ECF No. 57, and the parties' Submissions in Response to the Court's Questions Raised During the March 19, 2019 Status Conference, ECF Nos. 54, 62 and 63.

The court hereby **GRANTS** ECF Nos. 50 and 57. However, unless the parties agree otherwise, *Amici* are not permitted to participate in hearings, and their submissions, including exhibits, will not be considered part of the evidentiary record in any hearings the court holds.

The court will hold a Hearing on the parties' Submissions, ECF Nos. 54, 62 and 63, on April 16, 2019 at 2:00 p.m. It is **ORDERED** that Defendants shall have representatives from EEOC, OMB, and any other agency or department present at the Hearing on April 16, 2019 who have particularized and thorough knowledge of all the issues addressed and questions raised in the parties Submissions, ECF Nos. 54, 62 and 63, including all efforts since September 29, 2016 to effectuate the Component 2 pay data collection. These representatives shall be prepared to testify if requested by the court. At least twenty-four hours before the Hearing, Defendants shall notify Plaintiffs and the court of the names, titles and scope of the knowledge of the representatives.

Date: April 11, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge