IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al.[1] <br><br> Defendants. | Civil Action No. 17-2458 (TSC) |

**DEFENDANTS' NOTICE IN RESPONSE TO THE COURT'S APRIL 11, 2019 ORDER**

In response to the Court's April 11, 2019 Order, *see* ECF No. 64 at 1, Defendants submit the following list of individuals who will "be prepared to testify if requested by the court":

1. Samuel C. Haffer, Ph.D.
   Chief Data Officer and Director of Enterprise Data and Analytics
   U.S. Equal Employment Opportunity Commission

   Dr. Haffer has knowledge of the issues addressed in both Defendants' April 3, 2019 filing and his accompanying Declaration.

2. Dominic J. Mancini, Ph.D.
   Deputy Administrator, Office of Information and Regulatory Affairs ("OIRA")
   Office of Management and Budget

   Mr. Mancini has knowledge about OMB's decision to stay and review the EEO-1 collection.

---

[1] Pursuant to Rule 25(d), Paul Ray, in his official capacity as Acting Administrator of the Office of Information and Regulatory Affairs ("OIRA"), is substituted for Neomi Rao, in her former official capacity as Administrator of OIRA.

Dated: April 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

/s/ Tamra T. Moore
Tamra T. Moore
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel.:  (202) 305-8628
Fax:  (202) 616-8460
Email:  Tamra.Moore@usdoj.gov