# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>       *Defendants*. | )<br>)<br>)<br>)<br>)   Case No. 17-cv-2458 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF *AMICI* THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, HR POLICY ASSOCIATION, ASSOCIATED BUILDERS AND CONTRACTORS, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, CENTER FOR WORKPLACE COMPLIANCE, THE INSTITUTE FOR WORKPLACE EQUALITY, THE NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, NATIONAL RETAIL FEDERATION, RESTAURANT LAW CENTER, RETAIL LITIGATION CENTER, INC. AND SOCIETY FOR HUMAN RESOURCE MANAGEMENT
FOR LEAVE TO FILE *INSTANTER* A SUMMATION OF THE APRIL 16, 2019 HEARING**

The Chamber of Commerce of the United States of America (the "Chamber"), the HR Policy Association ("HRPA"), Associated Builders and Contractors ("ABC"), Associated General Contractors of America ("AGC"), the Center for Workplace Compliance ("CWC"), The Institute for Workplace Equality ("the Institute"), the National Association of Manufacturers ("The NAM"), National Federation of Independent Business ("NFIB"), National Retail Federation ("NRF"), the Restaurant Law Center ("RLC"), Retail Litigation Center, Inc., and the Society for Human Resource Management ("SHRM") (collectively referred to as "*Amici*")

respectfully move for leave to file a Summation of the April 16, 2019 hearing pursuant to Local Rule 7 (o) and the Court's Order dated April 11 and Minute Order dated April 16.[1]

On April 11, the Court granted Amici's request to file an amicus brief providing the Court with the perspective of the employer community regarding the specific challenges employers must address in order to comply with Component 2 of the Equal Employment Opportunity Commission's ("EEOC") revised Employer Information Form ("Revised EEO-1"). The Court later granted the parties leave to file summations of the April 16 hearing.

The court should also grant *amici* leave to file the short, attached submission because it addresses key points of unique import to *amici*. The testimony provided by EEOC's Chief Data Officer, Samuel C. Haffer, on April 16 raised new and heightened concerns regarding the timeline contemplated by the Court for employers to compile and submit Component 2 data. Specifically, Haffer's testimony made clear that: (1) the EEOC's proposed timeline fails to consider the impact on the employer community; (2) the EEOC's collection of sensitive and confidential information will not follow industry standards; (3) the employer community has not been provided with key information needed to conduct the collection and production of highly sensitive and confidential component 2 data, and indeed there is no timetable for providing that critical information; and (4) the EEOC confirmed that the highly sensitive and confidential data that is being demanded form employers has no utility and that the EEOC is not prepared to collect or analyze the data.

Therefore, *Amici* (who were not able to participate at the Hearing because Plaintiffs declined to assent to *Amici's* participation) request this opportunity to summarize testimony as it

---

[1] Counsel for *Amici* have conferred with Plaintiffs' counsel who stated they do not consent this filing because they believe the Court only wants hear from the parties.  Defendants do not oppose this Motion.
oppose this Motion. Plaintiffs' did noAt the time of this filing *Amici* did not have a response from Plaintiffs to its request.

2

relates to the ability of employers to provide Component 2 2018 data to ensure the Court has this unique, important and otherwise unavailable perspective on this matter.

Dated: April 22, 2019

Respectfully submitted,

Seyfarth Shaw LLP

/s/ *Camille A. Olson*
Camille A. Olson (admitted *pro hac vice*)
Annette Tyman (admitted *pro hac vice*)
Richard B. Lapp (admitted *pro hac vice*)
Seyfarth Shaw LLP
233 S. Wacker Dr. Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Lawrence Z. Lorber (D.C. Bar No. 103127)
Seyfarth Shaw LLP
975 F Street, NW
Washington, D.C. 20004
Telephone:  (202) 828-5341
Facsimile:  (202) 828-5393

Counsel for *Amici Curiae*
Chamber of Commerce of the United States
HR Policy Association
Associated Builders and Contractors
Associated General Contractors of America
Center for Workplace Compliance
Institute for Workplace Equality
National Association of Manufacturers
National Federation of Independent Business
National Retail Federation
Restaurant Law Center
Retail Litigation Center, Inc.
Society for Human Resource Management

*Additional Amici Co-Counsel*

Daryl Joseffer (DC Bar No. 457185)
U.S. Chamber Litigation Center
1616 H Street, NW
Washington, DC 20062
(202) 463-5337
Counsel, Chamber of Commerce of the United States of America

Deborah White (DC Bar No. 444974)
Retail Litigation Center, Inc.
1700 N. Moore Street, Suite 2250
Arlington, VA 22209
(703) 600-2067
Counsel, Retail Litigation Center, Inc.

G. Roger King (DC Bar No. 0022025)
McGuiness, Yager & Bartl LLP
1100 13th Street, NW, Suite 850
Washington, DC 20005
(202) 375-5004
Counsel, HR Policy Association

James Banks (DC Bar No. 503261)
Society for Human Resource Management
1800 Duke Street
Alexandria, VA 22314
(800) 283-7476
Counsel, Society of Human Resource Management

David S. Fortney (DC Bar No. 454943)
Fortney & Scott
1750 K St., NW, Suite 325
Washington, DC 20006
(202) 689-1204
Counsel, The Institute for Workplace Equality

Leland P. Frost (DC Bar No. 1044442)
Manufacturers' Center for Legal Action
733 10th Street NW, Suite 700
Washington, DC 20001
(202) 637-3000
Counsel, National Association of Manufacturers