# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> *Defendants*. | Case No. 17-cv-2458 (TSC) |

## [PROPOSED] ORDER

Upon consideration of the Motion for Leave to File a Summation of the April 16, 2019 hearing by *Amici* The Chamber of Commerce of the United States of America, the HR Policy Association, Associated Builders and Contractors, Associated General Contractors of America, the Center for Workplace Compliance, The Institute for Workplace Equality, the National Association of Manufacturers, National Federation of Independent Business, National Retail Federation, the Restaurant Law Center, Retail Litigation Center, Inc., and the Society for Human Resource Management, any opposition thereto, and the record herein, it hereby is ORDERED that the Motion be, and hereby is, granted in its entirety, and the Court will consider *Amici*'s Summation as part of the Record.

IT IS SO ORDERED

Dated:_____

                                                                                 HON. TANYA S. CHUTKAN
                                                                                 United States District Judge