UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　vs.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 17-2458 (TSC) |

**[PROPOSED] ORDER**

Based upon the parties' post-summary judgment filings, including Dkt. Nos. 47, 54, 62, 63, 65, the March 29, 2019 status conference, the April 16, 2019 hearing, the parties' post-hearing summations, and the entire record herein, the Court hereby issues the following declaratory and injunctive relief, which the Court concludes is necessary to ensure Defendants' compliance with its summary judgment opinion and order, Dkt. Nos. 45, 46. Accordingly, it is hereby

**ORDERED** and **DECLARED** that the Court's summary judgment opinion and order, Dkt. Nos. 45, 46, require that Defendant Equal Employment Opportunity Commission ("EEOC") collect EEO-1 Component 2 pay data for calendar years 2017 and 2018. It is

**FURTHER ORDERED** that in lieu of collection of Component 2 data for calendar year 2017, the EEOC may satisfy the Court's order requiring two years of data by collecting EEO-1 Component 2 data for 2019 during the 2020 EEO-1 reporting period. If the EEOC determines to exercise the option to collect EEO-1 Component 2 data for 2019 instead of 2017, it must so notify the Court and Plaintiffs of that decision by May 3, 2019. It is

1

**FURTHER ORDERED** that Defendant Office of Management and Budget's August 29, 2017 stay of its approval of the revised EEO-1 form tolled the three-year period of that approval for the duration of the stay, which lasted 553 days. Accordingly, the Court **DECLARES** that barring further interruptions of the approval or extensions, the Paperwork Reduction Act approval for the revised EEO-1 form including Component 2 pay data, OMB Control No. 3046-0007, shall expire no later than April 5, 2021. It is

**FURTHER ORDERED** that the EEOC must immediately take all steps necessary to complete the EEO-1 Component 2 data collection for calendar years 2017 and 2018 by September 30, 2019. If the EEOC exercises its option to collect EEO-1 Component 2 data for 2019 in lieu of 2017, that collection may occur in the 2020 EEO-1 reporting period. It is

**FURTHER ORDERED** that by April 26, 2019, the EEOC must issue a statement on its website and submit the same for publication in the Federal Register notifying EEO-1 filers that they should prepare to submit Component 2 data no later than September 30, 2019. It is

**FURTHER ORDERED** that beginning on May 3, 2019 and continuing biweekly thereafter, the EEOC must provide reports to Plaintiffs and the Court notice of all steps taken to implement the EEO-1 Component 2 data collections since the prior report, notice of all steps to be taken during the ensuing two week period, and indicating whether the EEOC is on track to complete the collection by September 30, 2019. It is

**FURTHER ORDERED** that if the EEO-1 Component 2 pay data collections for calendar years 2017 and 2018 are not complete by September 30, 2019 or if the EEOC determines to collect calendar year 2019 data in lieu of calendar year 2017 data, Defendants must exercise all authorities to provide for emergency extensions of these data collections until the data collections are complete. It is

**FURTHER ORDERED** that the EEO-1 Component 2 data collections will not be deemed complete, for the purpose of this Order, until the percentage of EEO-1 reporters that have submitted their required EEO-1 Component 2 reports equals or exceeds the mean percentage of EEO-1 reporters that actually submitted EEO-1 reports in each of the past four reporting years. Until such time as the EEOC reaches completion by that metric, the EEOC must exercise its authority to ensure compliance with the reporting requirement as it has in prior years, and Defendants must extend the approval period to the extent necessary and permissible under law to allow such steps; and it is

**FURTHER ORDERED** that the Court will retain jurisdiction over this matter for the purposes of enforcing the March 4, 2019 summary judgment opinion and order as well as this order.

**SO ORDERED**

DATE:

                                                                                    TANYA S. CHUTKAN
                                                                                    United States District Judge