IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al._<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.[1]<br><br>　　　Defendants. | Civil Action No. 17-2458 (TSC) |

## **ORDER**

Upon consideration of the testimony and arguments at the April 16, 2019 hearing before this Court and in furtherance of this Court's Order entered on March 4, 2019, it is hereby

**ORDERED** that the Equal Employment Opportunity Commission ("EEOC") will promptly publish a notice in the Federal Register noting that this Court vacated as of March 4, 2019, the stay issued August 29, 2017, by the Office of Management and Budget of EEOC's revised EEO-1 form and the September 15, 2017 Federal Register Notice (Stay the Effectiveness of the EEO-1 Pay Data Collection, 82 Fed. Reg. 43362) announcing the same.

Date:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Pursuant to Rule 25(d), Paul Ray, in his official capacity as Acting Director of the Office of Information and Regulatory Affairs ("OIRA"), is substituted for Neomi Rao, in her former official capacity as Director of OIRA.