IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No. 17-2458 (TSC) |
| v. | )<br>) |
| OFFICE OF MANAGEMENT AND BUDGET, et al.[1] | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of the testimony and arguments at the April 16, 2019 hearing before this Court and in furtherance of this Court's Order entered on March 4, 2019, it is hereby

**ORDERED** that the Equal Employment Opportunity Commission ("EEOC") will promptly publish a notice in the Federal Register noting that this Court vacated as of March 4, 2019, the stay issued August 29, 2017, by the Office of Management and Budget of EEOC's revised EEO-1 form and the September 15, 2017 Federal Register Notice (Stay the Effectiveness of the EEO-1 Pay Data Collection, 82 Fed. Reg. 43362) announcing the same.

The Court further notes that the EEOC has represented that it currently intends to take the following actions in response to the Court's Order:

• The EEOC will immediately post public notice on its website that employers must submit calendar year 2018 EEO-1 Component 2 data by September 30, 2019, and will take all necessary steps to prepare.

---

[1] Pursuant to Rule 25(d), Paul Ray, in his official capacity as Acting Director of the Office of Information and Regulatory Affairs ("OIRA"), is substituted for Neomi Rao, in her former official capacity as Director of OIRA.

- The EEOC, through its contractor, will, prior to opening the 2018 Component 2 data collection portal, provide employers with information and training on the processes and systems for submitting 2018 Component 2 data.

- The EEOC, through its contractor, will open the 2018 Component 2 data collection portal on or before July 15, 2019 for employers to submit 2018 Component 2 data no later than September 30, 2019.

The Court further reserves jurisdiction to take any further steps, if necessary, to enforce its Order of March 4, 2019.

Date:

_____
TANYA S. CHUTKAN
United States District Judge