*National Women's Law Center v. Office of Management and Budget,*
No. 1:17-cv-02458 (TSC) (D.D.C.)

**Declaration of Tamra T. Moore**

# EXHIBIT A

| | |
|---|---|
| **From:** | Robin Thurston |
| **To:** | Moore, Tamra (CIV) |
| **Cc:** | Jeff Dubner; Westmoreland, Rachael (CIV) |
| **Subject:** | Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning? |
| **Date:** | Tuesday, December 04, 2018 10:56:18 AM |

We'd prefer it to be styled as a consent motion, with our consent based on the proposed schedule -- thanks for asking!

Robin

On Tue, Dec 4, 2018 at 10:47 AM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> That timing works for us – and I understand about the holidays.  Do you want to file this as a joint request to set briefing schedule?  Or would you prefer that I file it was a consent motion and ask the Court to set the schedule you propose below?
>
> Tamra T. Moore
>
> United States Department of Justice
>
> Civil Division – Federal Programs Branch
>
> 1100 L Street N.W.
>
> Washington, D.C. 20005
>
> Direct Dial: (202) 305-8628
>
> Fax: (202) 616-8470
>
> This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection.  If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.
>
> **From:** Robin Thurston <rthurston@democracyforward.org>
> **Sent:** Tuesday, December 04, 2018 10:31 AM
> **To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
> **Cc:** Jeff Dubner <jdubner@democracyforward.org>; Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>
> **Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra,

Thanks for the email.  We can agree to the following schedule:

12/20: Defs' opposition and motion for summary judgment (if any)

1/14: Plaintiffs' reply and opposition (if any).

1/22: Defs' reply (if any).

Losing most of the week of December 17 is difficult for our schedules, which is why we would like an additional day on the back end.  We can make this agreement with the expectation that -- barring emergency -- there won't be further extensions to this briefing schedule.  And thank you for including Plaintiffs' position in your motion.

Thanks,

Robin

On Mon, Dec 3, 2018 at 6:29 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Hi Robin,
>
> Thanks so much for your email and for your willingness to consent to an extension of time, albeit shorter than what I had originally requested.  Can I please implore you to reconsider our original request?  Rachael and I are both jammed with deadlines between now and December 19.  This is the paragraph that I've included in our extension motion to show just how jammed we are:
>
> Cumulatively, counsel for Defendants have had or will have deadlines or in-person court obligations on November 16, 2018 (motion to dismiss), November 16, 2018 (court filings), November 28, 2018 (court filings), November 29, 2018 (court filings), November 30, 2018 (court filings), December 3, 2018 (in-person hearing in San Diego, California), December 3, 2018 (opposition to preliminary injunction motion), December 6, 2018 (response to discovery order), December 6, 2018 (filing of certified list of administrative record contents and facilitating delivery of administrative record), December 7, 2018 (responsive pleading), December 10, 2018 (reply brief); December 10, 2018 (motion to dismiss), and December 19, 2018 (reply brief), and December 19, 2018 (in-person court hearing).

As I mentioned during our call last week, I'd frankly request more time (and happily brief this between Christmas and New Year's) if I thought that you'd consent to it because it will still be extremely tight trying to put together our opening brief for filing on December 20. Would you be amenable to cutting 3 days off of our reply brief to give us more time on the front end? We're also happy to move time on your end given our request? I'll also include plaintiffs' position in our motion. Any help is greatly appreciated.

Tamra

Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, December 03, 2018 4:53 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Cc:** Jeff Dubner <jdubner@democracyforward.org>; Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra,

Thanks for the information.  We can agree to an extension for your opposition to our motion for summary judgment until December 17.  We would like to have our reply (and opposition to your cross-motion, if appropriate) be due January 8 and propose that your reply (if any) be due January 22.

I recognize that the extension is not as long as you requested, but it allows for more than six weeks from the date that we filed our motion for summary judgment for you to respond.  It also gives us a few days to work on our response before the height of the holiday season and various of our scheduled vacations.

As I have mentioned repeatedly, it is a priority for us to resolve this matter on the merits in time to proceed to the 2019 data collection smoothly.  As such, we request that you include the following statement about our position in your motion for an extension: "Plaintiffs consent to an extension until December 17, 2018 and the additional proposed briefing deadlines, so long as the extension gives the Court sufficient time to resolve the pending motions in advance of the scheduled March 31, 2019 data collection, so that the 2019 data collection could include the stayed pay data collection (if the Court resolves the litigation in Plaintiffs' favor)."

Thanks,

Robin

On Mon, Dec 3, 2018 at 4:11 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Hi Robin,
>
> I apologize (again) for the delay.  I've heard back from OMB about your request to know how much time it will take OMB to get Component 2 "live" should plaintiffs prevail in this case.  OMB said "1 day."  We are waiting to hear back from EEOC – apparently the person who would have knowledge of this is out of the office today.  But they will get back to me tomorrow.
>
> Does any of this help?
>
> Tamra

Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, December 03, 2018 12:50 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Cc:** Jeff Dubner <jdubner@democracyforward.org>; Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra,

Yes, that's the right framing of the question. Thanks for passing it along.

Robin

On Mon, Dec 3, 2018 at 12:32 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:
> Ah, ok. Let me pass that question along to both OMB and EEOC and get back to you with their respective responses. And to make sure that I fully understand your question - -

plaintiffs want to know how long it would take to get component 2 "live" for employer filing purposes? Is that the correct framing of the question? If not, please feel free to reframe it in the wording that you think makes most sense. I'd hate to pass along the incorrect question.

Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Monday, December 03, 2018 12:17 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>; Jeff Dubner <jdubner@democracyforward.org>
**Cc:** Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra and Rachael,

Thank you for the email and the information. We're talking with our clients, and will respond to your extension request later today. In the meantime, it would also be helpful to know whether the agencies have an estimate of how much time, if any, they would like to implement a court ruling in plaintiffs' favor. If we could signal that date to the Judge, that might alleviate some of our concern about time continuing to pass during a more prolonged briefing schedule.

Thanks very much,

Robin

On Mon, Dec 3, 2018 at 10:37 AM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Hi Robin,
>
> I apologize for the delay in responding to you but there was a lot of back and forth between OMB and us. In answer to your question about whether the 3-year approval period is stayed during the pendency of OMB's review of the Component 2 collection, OMB provided us with the following response: "OMB is not in a position to stipulate that the August 29, 2017 stay of component 2 of the EEO-1 form tolls the three-year approval period."
>
> Between you and me, I recognize that this is likely not the response you'd hope for. For Rachael's and my sanity's sake, it's not ours either…which leads me to our next question. Last week, I had requested your position on a short extension of time to file our opening brief in this case. Would you mind letting us know what your clients' position is on that extension request. We'd like to request to file our opening brief on December 20. As I mentioned, we still plan to file the certified list of AR contents this Thursday and will have a copy of the AR delivered to you. We're also happy to provide you any amount of time that you need to file your reply/opposition brief given the upcoming holidays. Can you please let me know at your earliest convenience whether your client consents to our short extension request? We'd like to get our extension motion filed today if possible.
>
> If you'd like to talk further about any of the above, please feel free to call me.
>
> Thanks so much in advance,
>
> Tamra
>
> Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Thursday, November 29, 2018 4:18 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

That sounds fine, thanks Tamra!

On Thu, Nov 29, 2018 at 3:59 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Hi Robin,
>
> I am still waiting to hear from OMB but should have an answer for you later this evening or tomorrow morning. Thanks so much for your patience! I really appreciate it. I'll email you as soon as I have an update.
>
> Tamra
>
> Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection.  If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Wednesday, November 28, 2018 3:52 PM

**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hang in there.

On Wed, Nov 28, 2018 at 3:50 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Will do (I hope).  Sigh.  Thanks for your patience.
>
> Tamra T. Moore
>
> United States Department of Justice
>
> Civil Division – Federal Programs Branch
>
> 1100 L Street N.W.
>
> Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Wednesday, November 28, 2018 3:46 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra,

Yes, waiting is fine. Let me know what you learn, and thanks!

Robin

On Wed, Nov 28, 2018 at 3:33 PM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Hi Robin,
>
> It was great to talk to you too! I relayed your question to OMB and am waiting to hear a response back. I'm not sure whether I'll hear anything today or (given the time right now, more likely) tomorrow. If you're willing to wait, so am I? Let me know what you think.
>
> Tamra
>
> Tamra T. Moore

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street N.W.

Washington, D.C. 20005

Direct Dial: (202) 305-8628

Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection.  If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Robin Thurston <rthurston@democracyforward.org>
**Sent:** Wednesday, November 28, 2018 3:30 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Subject:** Re: NWLC, et al. v. OMB, et al. -- have a second to talk this morning?

Hi Tamra,

It was nice talking to you this morning.  It would be helpful to know OMB's response to our request to stay the PRA expiration deadline as part of an agreement to a briefing schedule.  Do you anticipate receiving a response from them?

Thanks very much, and talk soon.

Robin

On Wed, Nov 28, 2018 at 10:37 AM Robin Thurston <rthurston@democracyforward.org> wrote:

> Hi Tamra -- Nice to hear from you.  I did have a nice Thanksgiving --

hope you did too!

I'm free until 11:45 or so, and against after 1pm. My number is 202-701-1775.

Thanks,

Robin

On Wed, Nov 28, 2018 at 9:40 AM Moore, Tamra (CIV) <Tamra.Moore@usdoj.gov> wrote:

> Hi Robin,
>
> I hope that you had a nice Thanksgiving! Do you have a few minutes to talk this morning? If so, please let me know what time and at what number to reach you.
>
> Thanks in advance!
>
> Tamra
>
> Tamra T. Moore
>
> United States Department of Justice
>
> Civil Division – Federal Programs Branch
>
> 1100 L Street N.W.
>
> Washington, D.C. 20005
>
> Direct Dial: (202) 305-8628
>
> Fax: (202) 616-8470
>
> This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly

> delete the message.
>
> --
>
> Robin Thurston
>
> Senior Counsel
>
> Democracy Forward Foundation
>
> rthurston@democracyforward.org
> (202) 701-1775
>
> NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.
>
> --
>
> Robin Thurston
>
> Senior Counsel
>
> Democracy Forward Foundation
>
> rthurston@democracyforward.org
> (202) 701-1775
>
> NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.
>
> --
>
> Robin Thurston
>
> Senior Counsel
>
> Democracy Forward Foundation
>
> rthurston@democracyforward.org
> (202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

Robin Thurston

Senior Counsel

Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

Robin Thurston

Senior Counsel

Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

Robin Thurston

Senior Counsel

Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

Robin Thurston

Senior Counsel

Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

Robin Thurston

Senior Counsel

Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

Robin Thurston

Senior Counsel

Democracy Forward Foundation

rthurston@democracyforward.org

> (202) 701-1775
>
>
> NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--
Robin Thurston
Senior Counsel
Democracy Forward Foundation

rthurston@democracyforward.org
(202) 701-1775

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above.  If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.