*National Women's Law Center v. Office of Management and Budget,*
No. 1:17-cv-02458 (TSC) (D.D.C.)

Declaration of Tamra T. Moore

# EXHIBIT B

| | |
|---|---|
| **From:** | ERIN NORRIS |
| **To:** | Moore, Tamra (CIV) |
| **Cc:** | Westmoreland, Rachael (CIV); Wells, Carlotta (CIV); KATHLEEN ORAM; CAROL MIASKOFF |
| **Subject:** | RE: NWLC, et al. v. OMB, et al. -- question from plaintiffs" counsel |
| **Date:** | Tuesday, December 04, 2018 11:02:55 AM |

I was in the process of writing you – I was told a few minutes ago that, assuming the office responsible for the EEO-1 report receives appropriate resources we estimate that we could begin national implementation of pay data collection in January 2021 that would provide valid, reliable, and actionable information.

Please understand that this is only an estimate.
Erin

**From:** Moore, Tamra (CIV) [mailto:Tamra.Moore@usdoj.gov]
**Sent:** Tuesday, December 04, 2018 10:59 AM
**To:** ERIN NORRIS <ERIN.NORRIS@EEOC.GOV>
**Cc:** Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>; Wells, Carlotta (CIV) <Carlotta.Wells@usdoj.gov>; KATHLEEN ORAM <KATHLEEN.ORAM@EEOC.GOV>; CAROL MIASKOFF <CAROL.MIASKOFF@EEOC.GOV>
**Subject:** RE: NWLC, et al. v. OMB, et al. -- question from plaintiffs' counsel

Hi Erin,

I'm just checking in to see whether you have a response to plaintiffs' request about how long it will take for EEOC to get Component 2 "live" should plaintiffs prevail in this case. I'm also letting you know that our opening brief will be due December 20. We were able to agree to the following briefing schedule – with the AR still due on Thursday, December 6:

12/20: Defs' opposition and motion for summary judgment (if any)
1/14: Plaintiffs' reply and opposition (if any).
1/22: Defs' reply (if any).

Thanks,
Tamra

Tamra T. Moore
United States Department of Justice
Civil Division – Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Direct Dial: (202) 305-8628
Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or

other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** ERIN NORRIS <ERIN.NORRIS@EEOC.GOV>
**Sent:** Monday, December 03, 2018 3:25 PM
**To:** Moore, Tamra (CIV) <tammoore@CIV.USDOJ.GOV>
**Cc:** Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>; Wells, Carlotta (CIV) <CWells@CIV.USDOJ.GOV>; KATHLEEN ORAM <KATHLEEN.ORAM@EEOC.GOV>; CAROL MIASKOFF <CAROL.MIASKOFF@EEOC.GOV>
**Subject:** RE: NWLC, et al. v. OMB, et al. -- question from plaintiffs' counsel

Tamra,

I promise that I have not been ignoring your emails – all of the questions have required my office to coordinate with other offices within EEOC, and we've been working on that all day. What I can tell you at this point is the following:

1. The EEOC office that oversees the EEO surveys has been made aware of your request and expects to have an estimate for us tomorrow on how long it would take to get a component 2 collection up & running.
2. [redacted]
3. In response to your question about FOIA requests – we have had a request from the ACLU. That request has been partially granted & documents are being provided on a rolling basis. I have attached the 325 pages that have been released to date. Another 217 will probably be released later this week, and I can share those once they have been disclosed to the requester. We are also aware of a FOIA request received by OMB back in July in connection with another lawsuit.
4. I have confirmed that EEOC will begin the 2018 EEO-1 collection in January, and that we will collect the race/sex/ethnicity data by job category as we have historically done.

I hope this is helpful – I will update you when we have more information. Also, just a reminder that you can remove Bria from these emails, as she has taken a job outside EEOC.

Thanks,
Erin

**From:** Moore, Tamra (CIV) [mailto:Tamra.Moore@usdoj.gov]
**Sent:** Monday, December 03, 2018 3:03 PM
**To:** ERIN NORRIS <ERIN.NORRIS@EEOC.GOV>; BRIA GILLUM <BRIA.GILLUM@EEOC.GOV>; KATHLEEN ORAM <KATHLEEN.ORAM@EEOC.GOV>
**Cc:** Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>; Wells, Carlotta (CIV) <Carlotta.Wells@usdoj.gov>

**Subject:** RE: NWLC, et al. v. OMB, et al. -- question from plaintiffs' counsel
**Importance:** High

All,

I'm checking in to see if you have a response to plaintiffs' counsel's question about how long it would take the EEOC to put Component 2 into play should the Court rule in its favor. Can you please let me know your position on this ASAP?

Tamra

Tamra T. Moore
United States Department of Justice
Civil Division – Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Direct Dial: (202) 305-8628
Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.

**From:** Moore, Tamra (CIV)
**Sent:** Monday, December 03, 2018 12:44 PM
**To:** ERIN NORRIS <ERIN.NORRIS@EEOC.GOV>; BRIA GILLUM <BRIA.GILLUM@EEOC.GOV>; KATHLEEN ORAM <KATHLEEN.ORAM@EEOC.GOV>
**Cc:** Westmoreland, Rachael (CIV) <rwestmor@CIV.USDOJ.GOV>; Wells, Carlotta (CIV) <CWells@CIV.USDOJ.GOV>
**Subject:** NWLC, et al. v. OMB, et al. -- question from plaintiffs' counsel
**Importance:** High

Erin, Bria, and Kathleen,

We're trying to negotiate with plaintiffs' counsel an extension of time on our opening SJ brief. In the process of those discussions, plaintiffs' counsel sent the below text asking how long it will take the agencies to comply with a court order in plaintiffs' favor. I've asked Robin to clarify that I've accurately characterized her question. Assuming that is the correct question, can you please let me know how long it would take the EEOC to get Component 2 "live" for purposes of employers' obligation to file the requested wage data?

Here's the text of Robin's email: "We're talking with our clients, and will respond to your extension request later today. In the meantime, it would also be helpful to know whether the agencies have an estimate of how much time, if any, they would like to implement a court ruling in plaintiffs' favor.

If we could signal that date to the Judge, that might alleviate some of our concern about time continuing to pass during a more prolonged briefing schedule."

Can you please let me know the answer to this question ASAP?



Thanks in advance!
Tamra

Tamra T. Moore
United States Department of Justice
Civil Division – Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Direct Dial: (202) 305-8628
Fax: (202) 616-8470

This message and any attachments may be protected by the attorney-client privilege, work product doctrine, or other applicable protection. If you are not the intended recipient or have received this message in error, please notify the sender and promptly delete the message.