# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br>     Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, Office of Management and Budget ("OMB"), Director of OMB, Acting Administrator of the Office of Information and Regulatory Affairs ("OIRA"), United States Equal Opportunity Employment Commission ("EEOC"), and Acting Chair, EEOC, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Orders dated March 4, 2019 (ECF No. 45) and April 25, 2019 (ECF No. 71).

Date: May 3, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

*/s/*
JENNIFER D. RICKETTS
Branch Director
CARLOTTA WELLS
Assistant Branch Director
TAMRA T. MOORE
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-3671

              Facsimile: (202) 616-8460
              Email: Jennifer.D.Ricketts@usdoj.gov

              *Counsel for Defendant*