# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 17-cv-2458 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

Pursuant to the Court's April 25, 2019 Order (ECF No. 71), enclosed is the report respectfully submitted by the United States Equal Employment Opportunity Commission ("EEOC").

Date: May 3, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

*/s/*
JENNIFER D. RICKETTS
Branch Director
CARLOTTA WELLS
Assistant Branch Director
TAMRA T. MOORE
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-3671
Facsimile: (202) 616-8460
Email: Jennifer.D.Ricketts@usdoj.gov

*Counsel for Defendant*