IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br>        Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br>        Defendants. | Civil Action No. 17-cv-2458 (TSC) |

### **NOTICE**

The United States Equal Employment Opportunity Commission ("EEOC" or "Commission") respectfully notifies the Court that Janet Dhillon has been confirmed as a member of the Commission. If, once a quorum is restored, the Commission takes action related to the Component 2 data collection that is the subject of this litigation, we will promptly notify the Court.

Date: May 8, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

*/s/ Jennifer D. Ricketts*
JENNIFER D. RICKETTS
Branch Director
CARLOTTA WELLS
Assistant Branch Director
TAMRA T. MOORE
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-3671
Facsimile: (202) 616-8460
Email: Jennifer.D.Ricketts@usdoj.gov
*Counsel for Defendants*