**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## **NOTICE**

The United States Equal Employment Opportunity Commission ("EEOC" or "Commission") respectfully notifies the Court that, in addition to the information set forth in EEOC's May 3, 2019 Report (ECF No. 73-1), EEOC is now taking steps to determine the response rate for the EEO-1 data submitted over the last four years. This will position the EEOC to assess whether it is "on track" to "complete" the Component 2 data collection by September 30, 2019, as defined by the Court's April 25 Order (ECF No. 71). Also, at this point (and at least until employers begin submitting Component 2 data), EEOC cannot begin to project what percentage of employers will submit Component 2 data by September 30, 2019.

Date: May 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

*/s/ Carlotta P. Wells*
CARLOTTA WELLS
Assistant Branch Director

|  |  |
|---|---|
| Telephone: (202) 514-3671<br>Facsimile: (202) 616-8460 | TAMRA T. MOORE<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br><br>Email: Jennifer.D.Ricketts@usdoj.gov<br>*Counsel for Defendants* |