**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED MAY 24, 2019**

**Activities Since Submission of May 3, 2019 Status Report to Court**

Since award of the contract to collect 2018 Component 2 data on May 1, 2019, the EEOC and NORC held a multi-hour kick off meeting at the EEOC's headquarters on May 8, 2019 to discuss and plan the timely implementation of Component 2 data collection. In close consultation with the EEOC, NORC developed and submitted a draft Project Management Plan on May 14, 2019 that included detailed planning for executing the contract. The EEOC reviewed and provided comments on the plan to NORC on May 17, 2019.

The EEOC has been overseeing preparation and planning for the launch of the NORC email and phone helpdesk to assist filers with questions and concerns about the collection of Component 2 data for 2017 and 2018. On May 10, 2019, NORC established basic helpdesk functionality (an email inbox and toll-free number) with a recorded message/auto-reply for filers. NORC is currently engaged in ongoing hiring and developing a training plan to bring on staff who will be able to assist filers. Additionally, NORC is in the process of developing a three-tiered triage system with detailed specifications to receive and act on requests from filers, and triage responses.

The EEOC has been assisting NORC in developing Component 2 data training materials for data collection contractor staff as well as filers. On May 22, 2019, EEOC held an on-site meeting with NORC at the EEOC's headquarters to discuss substantive content of the training materials for contractor staff as well as filers. The EEOC and NORC also discussed the rollout of the fully staffed helpdesk scheduled for approximately June 17, 2019.

NORC has begun the process of drafting data collection specifications. Those specifications are what NORC will use to program the data collection system for the 2017 and 2018 Component 2 data.

The EEOC has completed the drafting of the required procurement documents and identified a source of funds necessary to move forward with a Commission vote on the award of the modification of the NORC task order to include collection of the 2017 Component 2 data.

**Activities Anticipated from May 25, 2019 – June 14, 2019**

The EEOC expects to receive the final Project Management Plan from NORC on May 27, 2019. The EEOC also expects to receive drafts of the training materials for contractor staff and filers for review in early June. During the next three weeks, the EEOC plans to begin review of these draft training materials.

In the next three weeks, NORC will also continue drafting data collection specifications, and continue its ongoing hiring and developing a training plan to bring on staff to assist filers. NORC expects to establish a fully functional, staffed helpdesk starting on approximately June 17, 2019. Additionally, the EEOC plans to provide a further update to filers on the collection of 2017 and 2018 Component 2 data to include contact information for the NORC helpdesk by approximately June 3, 2019.

A formal Commission vote to approve the funding for the modification to collect 2017 Component 2 data is expected within the next three weeks.

**Status**: The EEOC is currently on track to open the Component 2 data collections for calendar years 2017 and 2018 from July 15, 2019 through September 30, 2019. As noted in Defendants' May 14, 2019 Notice (ECF No. 76), the EEOC is now determining the response rates for EEO-1 data submitted over the last four years to be used to assess whether the EEOC is "on track" to "complete" the Component 2 data collection by September 30, 2019, as defined by the Court's April 25 Order (ECF No. 71). At this point (and at least until employers begin submitting Component 2 data), EEOC cannot begin to project what percentage of employers will submit Component 2 data by September 30, 2019.