## DEFENDANT EEOC'S REPORT OF STEPS TO IMPLEMENT THE EEO-1 COMPONENT 2 DATA COLLECTION: SUBMITTED JUNE 14, 2019

**Activities Since Submission of May 24, 2019 Status Report to Court**

The EEOC received the final Project Management Plan from NORC on May 27, 2019, and the final project Quality Control Plan from NORC on June 7, 2019. The Component 2 EEO-1 Online Filing System website, https://eeoccomp2.norc.org/, was acquired and went live with a static page on June 4, 2019. NORC has completed hiring for critical positions on the project and has staff in place to open the EEO-1 Component 2 data collection on July 15, 2019.

The EEOC provided on its website homepage a further update to filers on the collection of 2017 and 2018 Component 2 data to include contact information for the NORC helpdesk on June 3, 2019. The EEOC received the draft training plan for contractor staff and filers for review on June 5, 2019. Initial helpdesk training will begin June 14, 2019.

NORC is continuing to draft data collection specifications and finalize the design of the web-based, Computer-assisted Web Interview (CAWI) data collection instrument which will be available for all filers on July 15, 2019. For the convenience of employers who prefer to utilize data file upload capability[1], and in addition to the CAWI data collection instrument, NORC is working on a data file upload function and validation process which is expected to be available as an additional data collection method no later than August 15, 2019.

On June 7, 2019 NORC submitted and EEOC approved an initial timeline for direct employer contact.

---

[1] In recent years, approximately 4% of filers have submitted EEO-1 Component 1 via data file upload.

1

| Component 2 Employer Outreach | Mode | Date |
|---|---|---|
| Contact Employers/ Initial Notification without login information | USPS Mail | Posted on Monday, 7/1/2019 |
| Contact Employers/ Initial Notification without login information | Email | Sent on Tuesday, 7/2/2019 |
| Initial Notification/ preliminary Invitation to Complete with login information | USPS Mail | Posted on Friday, 7/12/2019 |
| Initial Notification/ preliminary Invitation to Complete with login information | Email | Sent on Monday, 7/15/2019 |
| Reminder to Complete Mail with login information | USPS Mail | Posted Monday, 8/5/2019 |
| Reminder to Complete Email with login information | Email | Sent on Wednesday, 8/7/2019 |
| Second Reminder to Complete Mail with login information | USPS Mail | Posted on Wednesday, 8/21/2019 |
| Second Reminder to Complete Email with login information | Email | Sent on Friday, 8/23/2019 |
| Phone/ IVR/ Prompt | Phone Prompting | Begin calls Tuesday, 9/3/2019, with calls continuing through the month |

Additionally, the Commission approved funding for the modification to collect 2017 Component 2 data.

**Activities Anticipated from June 15, 2019 – July 12, 2019**

NORC is expected to deliver the draft Data Management Plan on June 15, 2019. After EEOC review, NORC is expected to deliver the final Data Management Plan on July 5, 2019. The Helpdesk will be staffed and operational on June 17, 2019 with initial scripts and basic case management functionality. The website will be updated on a continuing basis between June 30, 2019 and July 15, 2019 with employer training material beginning with Frequently Asked Questions (FAQs) added on June 30, 2019. Initial notification of employers will begin the week

of July 1, 2019, first with mailing to all employers followed by email notification.  On July 12, 2019 employers will begin to receive log-in information, first with mailing to all employers followed by email notification.

**Status**:  The EEOC is currently on track to open the Component 2 data collections for calendar years 2017 and 2018 from July 15, 2019 through September 30, 2019.  As noted in Defendants' notices of May 14 and May 24, 2019 (ECF Nos. 76 and 77), the EEOC is now determining the response rates for EEO-1 data submitted over the last four years to be used to assess whether the EEOC is "on track" to "complete" the Component 2 data collection by September 30, 2019, as defined by the Court's April 25 Order (ECF No. 71).  At this point (and at least until employers begin submitting Component 2 data), EEOC cannot begin to project what percentage of employers will submit Component 2 data by September 30, 2019.