# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br>             Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br>             Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## CONSENT MOTION TO MODIFY REPORT SCHEDULE

Defendants, by and through undersigned counsel, respectfully move the court to modify the schedule for Defendant United States Equal Employment Opportunity Commission's ("EEOC") upcoming report.

1. On April 25, 2019, the Court ordered EEOC to submit progress reports every 21 days, starting on May 3, 2019. *See* ECF No. 71.

2. EEOC timely submitted progress reports on May 3, May 24, and June 14.

3. The next report is due on July 5, 2019. Due to vacation schedules of agency personnel and undersigned counsel during that holiday week, Defendants respectfully request a one-week extension of time, until July 12, 2019, to file the next status report.

4. EEOC proposes filing the following status report as currently scheduled (*i.e.*, on July 26, 2019), and then continuing to file progress reports every 21 days.

5. Defendants have not previously sought any extensions of the deadlines for filing the progress reports.

- 2 -

6. Between June 13, 2019, and June 14, 2019, undersigned counsel for Defendants conferred via e-mail with Plaintiffs' counsel, Jeffrey Dubner, who consented to the schedule modification.

Date: June 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-8628
Facsimile: (202) 616-8460
Email: Tamra.Moore@usdoj.gov
*Counsel for Defendants*