## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-cv-2458 (TSC) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### [proposed] ORDER

It is hereby ordered, with respect to the EEOC's upcoming reports:

Defendants' motion to modify the schedule for EEOC's next report is hereby

GRANTED.

EEOC may file the next reports by July 12, 2019, and July 26, 2019, respectively.


Date: _____

_____
TANYA S. CHUTKAN
United States District Judge