**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 17-cv-2458 (TSC) |
| | ) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | ) ) |
| | ) |
| Defendants. | ) ) ) |

## NOTICE

Pursuant to the Court's April 25, 2019 Order (ECF No. 71), enclosed is the report respectfully submitted by the United States Equal Employment Opportunity Commission ("EEOC").

Date: July 12, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

*/s/ Tamra T. Moore*
CARLOTTA WELLS
Assistant Branch Director
TAMRA T. MOORE
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-4522
Facsimile: (202) 616-8460
Email: Carlotta.wells@usdoj.gov
*Counsel for Defendants*