# DEFENDANT EEOC'S REPORT OF STEPS TO IMPLEMENT THE EEO-1 COMPONENT 2 DATA COLLECTION: SUBMITTED JULY 12, 2019

**Activities Since Submission of June 14, 2019 Status Report to Court**

The Component 2 EEO-1 Online Filing System website, https://eeoccomp2.norc.org/, is operational and available for viewing by the public. On July 1, 2019, the following technical assistance materials were posted on the Component 2 EEO-1 Online Filing System website as a resource for filers: (1) sample form; (2) instruction booklet; (3) fact sheet; (4) initial notification letter; (5) FAQs; and (6) reference documents including job classification guide, 2017 NAICS codes, and postal code lookup file. Additionally, on July 10, 2019, data file upload specifications were made available to filers on the Component 2 EEO-1 Online Filing System website.

Beginning on June 17, 2019, the Component 2 Helpdesk was staffed and operational with initial scripts and basic case management functionality.

On July 1, 2019, NORC, on behalf of the EEOC, mailed via the United States Postal Service an Initial Notification Letter notifying employers of the court's order and the information on the Component 2 EEO-1 Online Filing System website for the collection of 2017 and 2018 compensation data. Additionally, on July 2, 2019, NORC, on behalf of the EEOC, sent that information via an Initial Notification E-mail.

On June 14, 2019, NORC delivered to the EEOC the draft Data Management Plan for review. On June 27, 2019, NORC delivered the final Data Management Plan.

NORC has drafted the data collection specifications and has finalized the design of the web-based Computer-assisted Web Interview (CAWI) data collection instrument which will be available for all filers on July 15, 2019. NORC is continuing to work on a data file upload function and validation process which is expected to be available as an additional data collection method no

1

later than August 15, 2019.

On June 26, 2019, the modification to the Task Order to add collection of 2017 Component 2 data was sent to NORC for review and signature. On July 11, 2019, the modification was fully executed and awarded to NORC by EEOC.

<u>Activities Anticipated from July 12, 2019 – July 26, 2019</u>

Pursuant to the schedule provided in the EEOC's June 14, 2019 status report to the court, on July 12, 2019, NORC plans to mail via the United States Postal Service letters to employers with login information for the Component 2 EEO-1 Online Filing System portal. On July 15, 2019, NORC also plans to send emails to employers with login information for the Component 2 EEO-1 Online Filing System portal.

The Component 2 EEO-1 Online Filing System portal will open on July 15, 2019. On July 15, 2019, the EEOC will post a notice on its public website at www.eeoc.gov notifying filers when the portal has opened.

NORC expects to post a "User's Guide" on the Component 2 EEO-1 Online Filing System website, https://eeoccomp2.norc.org/, on July 15, 2019.

The EEOC also plans to issue a press release on July 15, 2019, notifying the public of the opening of the Component 2 EEO-1 Online Filing System portal.

**Status**: The EEOC is currently on track to open the Component 2 data collections for calendar years 2017 and 2018 from July 15, 2019 through September 30, 2019. As noted in Defendants' notices of May 14, May 24, and June 14, 2019 (ECF Nos. 76, 77 and 78), the EEOC is now determining the response rates for EEO-1 data submitted over the last four years to be used to assess whether the EEOC is "on track" to "complete" the Component 2 data collection by September 30, 2019, as defined by the Court's April 25 Order (ECF No. 71). At this point (and at least until employers

begin submitting Component 2 data), EEOC cannot begin to project what percentage of employers will submit Component 2 data by September 30, 2019.