**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED JULY 26, 2019**

**Activities Since Submission of July 12, 2019 Status Report to Court**

The Component 2 EEO-1 Online Filing System portal opened on July 15, 2019.  The EEOC issued a press release and posted a notice on its public website at www.eeoc.gov on July 15, 2019 notifying filers that the portal had opened.  Additionally, NORC posted a "User's Guide" for filers on the Component 2 EEO-1 Online Filing System website, https://eeoccomp2.norc.org/, on July 15, 2019.  On July 23, 2019, additional Frequently Asked Questions (FAQs) were posted to the Component 2 EEO-1 Online Filing System website for filers.

Pursuant to the schedule provided in the EEOC's June 14, 2019 status report to the court, on July 12, 2019, NORC mailed via the United States Postal Service letters to employers with login information for the Component 2 EEO-1 Online Filing System portal.  On July 15, 2019, NORC also sent emails to employers with login information for the Component 2 EEO-1 Online Filing System portal.

Employers have begun submitting Component 2 data.

Activities Anticipated from July 26, 2019 – August 16, 2019

Pursuant to the schedule provided in the EEOC's June 14, 2019 status report to the court, on August 5, 2019, NORC, on behalf of the EEOC, plans to mail via the United States Postal Service the first of two "reminder" letters to employers with login information for the Component 2 EEO-1 Online Filing System portal.  NORC plans to send the second reminder letter to employers on August 21, 2019.  On August 7, 2019, NORC, on behalf of the EEOC, also plans to send the first of two "reminder" emails to employers with login information for the Component 2 EEO-1 Online Filing System portal.  NORC plans to send the second reminder email to employers on August 23,

2019.

NORC is continuing to work on a data file upload function and validation process which is expected to be available as an additional data collection method no later than August 15, 2019.

**Status**: The EEOC is finalizing its analysis of the response rates for EEO-1 data submitted over the last four years to be used to assess whether the EEOC is "on track" to "complete" the Component 2 data collection by September 30, 2019, as defined by the Court's April 25 Order (ECF No. 71). At this point (and at least until a significant percentage of employers have submitted Component 2 data), EEOC cannot begin to project what percentage of employers will submit Component 2 data by September 30, 2019.