**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED AUGUST 16, 2019**

**Activities Since Submission of July 26, 2019 Status Report to Court**

Pursuant to the schedule provided in the EEOC's June 14, 2019 status report to the court, on August 5, 2019, NORC, on behalf of the EEOC, mailed via the United States Postal Service the first of two "reminder" letters to employers with login information for the Component 2 EEO-1 Online Filing System portal.  On August 7, 2019, NORC, on behalf of the EEOC, also sent the first of two "reminder" emails to employers with login information for the Component 2 EEO-1 Online Filing System portal.

On July 30, 2019, upload file validation specifications were posted to the Component 2 EEO-1 Online Filing System website.  Additionally, on August 7, 2019, an updated version of the upload file validation specifications was posted to the Component 2 EEO-1 Online Filing System website.

On August 15, 2019, the data file upload function and validation process were made available to filers as an additional data collection method.   The EEOC updated its public website indicating that the data file upload function was open and directed filers to the Component 2 EEO-1 Online Filing System website for more information.  A revised version of the User's Guide was also posted to the Component 2 EEO-1 Online Filing System website with updated content to support the data file upload function.

**Activities Anticipated from August 16, 2019 – September 6, 2019**

Pursuant to the schedule provided in the EEOC's June 14, 2019 status report to the court, on August 21, 2019, NORC, on behalf of the EEOC, plans to mail via United States Postal Service the second of two "reminder" letters to employers with login information for the Component 2 EEO-1 Online Filing System portal.  On August 23, 2019, NORC, on behalf of the EEOC, plans to

send the second reminder email to employers with login information for the Component 2 EEO-1 Online Filing System portal.

**Status**:  The EEOC's analysis of the response rates for EEO-1 data submitted over the last four years to be used to assess whether the EEOC is "on track" to "complete" the Component 2 data collection by September 30, 2019, as defined by the Court's April 25, 2019 Order (ECF No. 71), is under final review.  The EEOC expects to make an interim filing before the next Status Report is due to this Court, which will present and explain this analysis.  At this point (and at least until a significant percentage of employers have submitted Component 2 data), the EEOC cannot begin to project what percentage of employers will submit Component 2 data by September 30, 2019.