UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

    Plaintiffs,

        v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

    Defendants.

Civil Action No. 17-cv-2458 (TSC)

**NOTICE**

In its August 16, 2019 status report, ECF No. 82-1, the Equal Employment Opportunity Commission ("EEOC") explained that its "analysis of the response rates for EEO-1 data submitted over the last four years to be used to assess whether the EEOC is 'on track' to 'complete' the Component 2 data collection by September 30, 2019, as defined by the Court's April 25, 2019 Order (ECF No. 71), is under final review." ECF No. 82-1 at 2. The EEOC further stated that it "expects to make an interim filing before the next Status Report is due to this Court, which will present and explain this analysis." Enclosed is the EEOC's analysis.

The EEOC submits this analysis while fully reserving Defendants' rights. Defendants respectfully maintain that the Court erred in establishing a completion rate for collection of EEO-1 Component 2 data. *See* ECF No. 71 at 2. As recently briefed to the D.C. Circuit, it remains Defendants' position that the Court lacks authority to establish such a rate, and that the Court's April 25, 2019 Order constitutes an improper interference with the agency's ability to exercise its discretion. *See* Appellant Brief at 26-34, *Nat'l Women's Law Center v. OMB*, No. 19-5130 (D.C. Cir.). In submitting the EEOC's analysis, Defendants do not concede that the Court acted within

its authority in requiring the EEOC to undertake the Component 2 collection to the Court's specification.

| | |
|---|---|
| Dated: August 30, 2019 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | JENNIFER D. RICKETTS<br>Branch Director |
| | /s/*Carlotta P. Wells*<br>CARLOTTA P. WELLS<br>Assistant Branch Director<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 514-4522<br>Facsimile: (202) 616-8460<br>Email: Carlotta.wells@usdoj.gov |
| | *Counsel for Defendants* |