# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## NOTICE

Pursuant to the Court's April 25, 2019 Order (ECF No. 71), enclosed is the report respectfully submitted by the United States Equal Employment Opportunity Commission ("EEOC").

Dated:  September 6, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

/s/*Carlotta P. Wells*
CARLOTTA P. WELLS
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-4522
Facsimile: (202) 616-8460
Email: Carlotta.wells@usdoj.gov

*Counsel for Defendants*