**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED SEPTEMBER 6, 2019**

**Activities Since Submission of August 16, 2019 Status Report to Court**

On August 21, 2019, NORC, on behalf of the EEOC, mailed via United States Postal Service the second of two "reminder" letters to employers with login information for the Component 2 EEO-1 Online Filing System portal.  On August 22, 2019, NORC, on behalf of the EEOC, sent the second reminder email to employers with login information for the Component 2 EEO-1 Online Filing System portal.

On August 25, 2019, updated versions of technical assistance materials were added to the "More Info" page on the Component 2 EEO-1 Online Filing System website. Version three of the User's Guide now includes an appendix detailing the onscreen help text available in the online form. Updated versions of the upload file specifications and upload file validation process documents provide additional user guidance.

On September 3, 2019, as a follow up to the second reminder letter and email, NORC, on behalf of the EEOC, contacted via telephone employers who had submitted data to the Component 2 Online Filing System, but had not yet certified the data.

**Activities Anticipated from September 6, 2019 – September 27, 2019**

As further follow up to the second reminder and email, NORC, on behalf of the EEOC, will begin contacting via telephone approximately 37,000 employers who have neither contacted the NORC Component 2 Help Desk, registered for access to the online portal, or submitted data.

**Status of Response Rate**

As of September 5, 2019, 13.4% of eligible filers have completed submission of Component 2 EEO-1 data.

++++++++++++++++++++++++++++++++++

Although not directly at issue in this action, the Commission advises that, pursuant to the requirements of the Paperwork Reduction Act, the Commission is preparing a Notice of Information Collection – Employer Information Report (EEO-1) to seek authorization from the Office of Management and Budget for the collection of data during the period 2019-2021 (the "Notice"). When finalized, the Notice will be published in the Federal Register and the public will be invited to submit comments to the Commission. The Commission will file a courtesy copy of the final Notice with the Court.