UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>  Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**NOTICE**

In its status report dated September 6, 2019, the Equal Employment Opportunity Commission explained that it "is preparing a Notice of Information Collection – Employer Information Report (EEO-1) to seek authorization from the Office of Management and Budget for the collection of data during the period 2019-2021." ECF No. 84-1 at 2. That notice was published in the Federal Register today, September 12, 2019. *See* 84 Fed. Reg. 48138 (Sept. 12, 2019), available at https://www.govinfo.gov/content/pkg/FR-2019-09-12/pdf/2019-19767.pdf. A copy of the notice is attached hereto for the Court's reference.

Dated: September 12, 2019                   Respectfully submitted,

                                           JOSEPH H. HUNT
                                           Assistant Attorney General

                                           JENNIFER D. RICKETTS
                                           Branch Director

                                           */s/ Carlotta P. Wells*
                                           CARLOTTA P. WELLS
                                           Assistant Branch Director
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, NW

Washington, DC 20005
Telephone: (202) 514-4522
Facsimile: (202) 616-8460
Email: Carlotta.wells@usdoj.gov

*Counsel for Defendants*