UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

   Plaintiffs,

       v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

   Defendants.

Civil Action No. 17-cv-2458 (TSC)

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute the appearance of Department of Justice attorney Stuart J. Robinson for Tamra T. Moore as counsel for Defendants in the above-captioned case. Mr. Robinson's contact information is included below. Mr. Robinson certifies pursuant to Local Rule 83.2(e) that he is personally familiar with the Local Rules of this Court.

Dated:  September 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102

Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*