**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED SEPTEMBER 27, 2019**

**Activities Since Submission of September 6, 2019 Status Report to Court**

On September 9, 2019, an updated version of the upload file validation specifications was added to the "More Info" page on the Component 2 EEO-1 Online Filing System website along with an appendix with additional upload filing guidance.

On September 12, 2019, an update was added to the Component 2 EEO-1 Filing System with additional instructions for contacting the Component 2 EEO-1 HelpDesk in order to expedite requests for filers requesting a "USERID."

Effective September 17, 2019, the Component 2 EEO-1 HelpDesk hours have been extended to accommodate the increase in volume of calls and emails. The updated Central Time hours are Monday through Friday, 8:00 am to 8:00 pm; Saturday, 10:00 am to 4:00 pm; and Sunday, 12:00 pm to 5:00 pm. The expanded HelpDesk hours were posted on the Component 2 website. In addition, NORC has trained an additional 21 HelpDesk agents, bringing the total HelpDesk agent team to 108 agents. As of September 25, 2019, the Component 2 EEO-1 HelpDesk has answered a total of 27,237 calls from filers and received 13,442 voice mails and 22,050 emails since opening. In the preceding week alone, the HelpDesk answered 2,347 calls from filers and received 2,243 voice mails and 4,114 emails.

As further follow up to the second reminder and email, NORC, on behalf of the EEOC, contacted via telephone approximately 37,000 employers who had neither contacted the NORC Component 2 HelpDesk, registered for access to the online portal, or submitted data. Additionally, beginning on September 18, 2019, NORC, on behalf of the EEOC, began sending reminder emails to the following groups of filers: (1) 863 filers who have started, but not yet

completed the Component 2 EEO-1 Online Filing System registration; (2) 1,135 filers who have submitted reports, but have not certified either one or both years; (3) 2,438 filers who have registered, but not begun to report data; and (4) 858 filers with fewer than 300 employees who have only filed one year of Component 1 data.

Furthermore, as previously noted, the EEOC has received a small number of requests from filers seeking exemptions from reporting pursuant to 29 C.F.R. § 1602.10. As the EEOC receives these requests, it is holding Commissioner votes on whether to grant the exemptions and informing the requesters of the results of the Commission's votes.

**Activities Anticipated from September 27, 2019 – September 30, 2019**

The EEOC, through NORC, will continue to collect Component 2 data for 2017 and 2018. The EEOC also plans on alerting the public that it will continue to accept data as long as the Court's order is in effect, as described in the following section.

**Activities Anticipated after September 30, 2019**

So long as the Court's order is in effect stating that the collection will not be complete until it reaches what the Court has determined to be the target response rate, the EEOC will continue to accept Component 2 data for 2017 and 2018. The EEOC will incur additional contract-related costs for any additional period for which the collection remains open.[1]

**Status of Response Rate**

As of September 25, 2019, 39.7% of eligible filers have completed submission of Component 2 EEO-1 data.[2]

---

[1] The EEOC will incur approximately $1.5 million in additional contract-related costs to continue to collect Component 2 data for six more weeks after September 30, 2019. The Commission requested a quote from NORC on the cost for an additional six weeks of data collection because the Commission allowed filers to submit Component 1 data six weeks after closing date.

[2] As more information on the number of eligible filers has been gathered through the collection, the denominator used to calculate this response rate has increased slightly.