UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>   Plaintiffs,<br><br>         v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   Defendants. | Civil Action No. 17-cv-2458 (TSC) |

### DECLARATION OF SAMUEL C. HAFFER
### IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER

I, Samuel C. Haffer, Ph.D., declare as follows:

1. I am the Chief Data Officer (CDO) and Director of the Office of Enterprise Data and Analytics (OEDA) at the U.S. Equal Employment Opportunity Commission (EEOC or Commission). Among my duties, I am responsible for administration of the EEO-1 data collection, and I have oversight over the contracts with NORC at the University of Chicago (NORC) entered into by the Commission to facilitate the Component 2 portion of that collection. I submit this declaration in support of Defendants' Motion for Order Determining Completion of Component 2 Data Collection. The statements made herein are based on my personal knowledge or information provided to me in the course of my official duties.

2. After I began working at the EEOC in November of 2017, I became aware that the agency had left its previous collections of EEO-1 open for many months, sometimes nearly a year, after the announced deadline. Leaving data collections open for many months after the deadline undermines the quality and utility of the data. Therefore, I decided to end the practice, and now the agency establishes much firmer dates for how long it will accept late filings after the

advertised filing deadline.

3. The EEOC instructed EEO-1 filers to submit Component 2 pay data for calendar years 2017 and 2018 by September 30, 2019. As it did for the 2018 EEO-1 Component 1 data collection, the EEOC has elected to continue accepting late submissions for a period of six weeks after the September 30 filing deadline, resulting in increased contract-related costs to the Commission of approximately $1.5 million. Continuing to collect data beyond the six-week period would result in additional costs to the EEOC of approximately $150,000 per week.

4. I am aware that continuing to accept submissions of Component 2 data beyond November 11, 2019 would require EEOC to divert FY2020 agency operating funds from its mission-related functions, resulting in fewer financial and human resources to enforce the nation's employment discrimination laws.

5. As of the filing deadline of September 30, 2019, 71.3% of eligible filers had submitted Component 2 data. As of October 8, 2019, the percentage had increased to 75.9% overall, with 76.2% of eligible filers submitting data for 2017 and 75.6% of eligible filers submitting data for 2018.

6. The EEOC previously submitted documentation to the Court demonstrating the basis for its conclusion that the Component 2 collection would be deemed complete under the Court's order when 72.7% of Component 2 filers had submitted reports. The EEOC has now exceeded that percentage, having received Component 2 data from over 72.7% of filers for both 2017 and 2018. If the Court agrees that the EEOC has met the requisite threshold, at the conclusion of the six-week period during which the EEOC will continue to accept late filings, the EEOC plans to wind down its data collection task with NORC and cease the Component 2 collection in accordance with usual agency practice.

7. If the EEOC needs to execute a contract modification with NORC to continue collecting data after November 11, 2019 (the end of the current six-week period), my understanding is the EEOC would need to execute this modification by November 1, 2019.

8. During the course of the Component 2 collection, the EEOC has received a small number of requests from employers seeking an exemption from the collection under the Commission's regulations. The Commissioners have been voting on these requests, with the Commission informing the requester of the results after the vote closes.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of October, 2019, in Washington, D.C.

*Samuel C. Haffer*

Samuel C. Haffer, Ph.D.
Chief Data Officer
U.S. Equal Employment Opportunity Commission