# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>     Plaintiffs,<br><br>          v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>     Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Order Determining Completion of Component 2 Data Collection, it is hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that the EEO-1 Component 2 data collection is complete pursuant to the Court's April 25, 2019 Order, ECF No. 71, inasmuch as 72.7% of the Component 2 reports have been filed.

**SO ORDERED**


Dated: _____          _____
                                    TANYA S. CHUTKAN
                                    United States District Judge