**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**SUPPLEMENTAL DECLARATION OF SAMUEL C. HAFFER
IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER**

I, Samuel C. Haffer, Ph.D., declare as follows:

　　1.　　I am the Chief Data Officer (CDO) and Director of the Office of Enterprise Data and Analytics (OEDA) at the U.S. Equal Employment Opportunity Commission (EEOC or Commission). Among my duties, I am responsible for administration of the EEO-1 data collection, and I have oversight over the contracts with NORC at the University of Chicago (NORC) entered into by the Commission to facilitate the Component 2 portion of that collection. The statements made herein are based on my personal knowledge or information provided to me in the course of my official duties.

　　2.　　As of October 28, 2019, 81.3% of eligible filers had submitted Component 2 data. This includes 81.1% of filers submitting Component 2 data for calendar year 2017, and 81.5% of filers submitting Component 2 data for calendar year 2018.

　　3.　　The average response rate 30 days after the filing deadline for the 2014-2017 EEO-1 Component 1 data collections for all EEO-1 filers submitting Component 1 data who would also be required to submit Component 2 data is 84.5%. This includes 87% of filers

submitting Component 1 data in 2014 who would also be required to submit Component 2 data, 84% of filers submitting Component 1 data in 2015 who would also be required to submit Component 2 data, 87% of filers submitting Component 1 data in 2016 who would also be required to submit Component 2 data, and 80% of filers submitting Component 1 data in 2017 who would also be required to submit Component 2 data.

4.   I am aware that prior to the 2018 EEO-1 Component 1 data collection, EEOC routinely granted an automatic 30-day extension after the filing deadline available to all employers to accommodate late filings.  After this 30-day extension EEOC would begin the months long process of outreach and follow up to non-filers.  As indicated in the October 8, 2019 Haffer Declaration [ECF 88-1 ¶2] I decided to end the practice as it undermines the quality and utility of the data.  Now the agency establishes a much firmer date for how long it will accept late filings.  For the 2018 EEO-1 Component 1 data collection, as a means of smoothing the transition for filers to a future EEO-1 Component 1 data collection that adheres to the scientifically sound closing of data collection on the actual closing date, we initially granted an automatic two-week extension to all filers to accept late filings.  This two-week extension proved insufficient for filers who had anticipated the scientifically inappropriate and unsound prior agency practice of an open-ended acceptance of late filings.  Subsequently we allowed an additional four-week extension, for a total extension to all filers of six weeks after the filing deadline for acceptance of late filings.

5.   Rigorous outreach to eligible filers who had not yet filed prior to the filing deadline was conducted as part of the EEO-1 2017 and 2018 Component 2 [ECF 88 ¶ 2], whereas, in years prior to the 2018 EEO-1 Component 1 data collection, outreach efforts to non-filers before the filing deadline for EEO-1 Component 1 data collection focused on alerting filers

that data collection was open, but did not prioritize contacting non-filers until after the data collection deadline.

6. The following outreach activities occurred on or after September 30, 2019 to continue to assist filers to complete their EEO-1 Component 2 data submissions. (1) NORC continued to staff the Component 2 HelpDesk for extended hours to address the backlog of telephone and email inquiries from filers; (2) On October 21, 2019, EEOC finalized plans internally to have NORC begin outreach via email to a subset of employers who had not yet completed Component 2 data submission. My understanding is that NORC sent out these emails on October 25, 2019.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of October, 2019, in Baltimore, Maryland

_____
Samuel C. Haffer, Ph.D.
Chief Data Officer
U.S. Equal Employment Opportunity Commission