**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED NOVEMBER 22, 2019**

**Activities Since November 1, 2019**

Per instructions from the EEOC to NORC, the Component 2 EEO-1 Online Filing System has remained open and NORC has continued to accept Component 2 submissions from filers.

Additionally, the following outreach activities occurred on or after November 1, 2019 to continue to assist filers to complete their EEO-1 Component 2 data submissions. NORC, on behalf of the EEOC, continued to staff the Component 2 HelpDesk for extended hours to address telephone and email inquiries from filers. Further, NORC has contacted all employers who have not submitted Component 2 data. Specifically, (1) on November 15, 2019, NORC, on behalf of the EEOC, contacted via email employers who had only submitted or certified reports for one calendar year; (2) on November 18, 2019, NORC, on behalf of the EEOC, contacted via email employers who had registered in the Component 2 EEO-1 Online Filing System, but had not certified reports for either filing year; and (3) on November 20, 2019, NORC, on behalf of the EEOC, contacted via email employers who had not registered in the Component 2 EEO-1 Online Filing System and had taken no action to submit data. The prompting email messages from NORC were tailored to the filing method (i.e., online form or upload file) as appropriate and provided instruction on how to complete the certification. The email prompts further instructed that employers who have not yet filed should do so as soon as possible.

On November 21, 2019, the modification to the Task Order to continue collection of 2017 and 2018 Component 2 data through January 31, 2020 was fully executed and awarded to NORC by the EEOC.

Also, the EEOC continues to receive a small number of requests from filers seeking

exemptions from reporting pursuant to 29 C.F.R. § 1602.10.  As the EEOC receives these requests, it is holding Commissioner votes on whether to grant the exemptions and informing the requesters of the results of the Commission's votes.

**Activities Anticipated from November 22, 2019 – December 13, 2019**

As directed by the Court's October 29, 2019 order, the Component 2 EEO-1 Online Filing System will remain open to accept Component 2 submissions from filers.  The NORC HelpDesk will continue to provide technical assistance via email and telephone to filers.  NORC, on behalf of the EEOC, will continue to target outreach to non-filers.

**Status of Response Rate**

As of November 22, 2019, 83.5% of eligible filers have completed submission of Component 2 EEO-1 data.  This includes 82.7% of filers submitting Component 2 data for calendar year 2017, and 84.2% of filers submitting Component 2 data for calendar year 2018.