**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED DECEMBER 13, 2019**

**Activities Since November 22, 2019**

Per instructions from the EEOC to NORC, the Component 2 EEO-1 Online Filing System has remained open and NORC has continued to accept Component 2 submissions from filers.

Additionally, the following outreach activities occurred on or after November 22, 2019 to continue to assist filers to complete their EEO-1 Component 2 data submissions. NORC, on behalf of the EEOC, continued to staff the Component 2 HelpDesk for extended hours to address telephone and email inquiries from filers. Further, on December 9, 2019, NORC, on behalf of the EEOC, began contacting via telephone approximately 2,600 employers who had only certified reports for one calendar year.

Also, the EEOC continues to receive a small number of requests from filers seeking exemptions from reporting pursuant to 29 C.F.R. § 1602.10. As the EEOC receives these requests, it is holding Commissioner votes on whether to grant the exemptions and informing the requesters of the results of the Commission's votes.

**Activities Anticipated from December 13, 2019 – January 3, 2019**

As directed by the Court's October 29, 2019 order, the Component 2 EEO-1 Online Filing System will remain open to accept Component 2 submissions from filers. The NORC HelpDesk will continue to provide technical assistance via email and telephone to filers. NORC, on behalf of the EEOC, will continue to target outreach to non-filers.

**Status of Response Rate**

As of December 13, 2019, 85.1% of eligible filers have completed submission of Component 2 EEO-1 data. This includes 84.4% of filers submitting Component 2 data for

calendar year 2017, and 85.8% of filers submitting Component 2 data for calendar year 2018.