UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>   Plaintiffs,<br><br>       v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**DECLARATION OF SAMUEL C. HAFFER
IN SUPPORT OF DEFENDANTS' SECOND MOTION FOR ORDER
OR, IN THE ALTERNATIVE, FOR CLARIFICATION**

I, Samuel C. Haffer, Ph.D., declare as follows:

     1.    I am the Chief Data Officer (CDO) and Director of the Office of Enterprise Data and Analytics (OEDA) at the U.S. Equal Employment Opportunity Commission (EEOC or Commission). Among my duties, I am responsible for administration of the EEO-1 data collection, and I have oversight over the contracts with NORC at the University of Chicago (NORC) entered into by the Commission to facilitate the Component 2 portion of that collection. The statements made herein are based on my personal knowledge or information provided to me in the course of my official duties.

     2.    As of December 18, 2019, 85.6% of eligible filers had submitted Component 2 data. This includes 85.0% of filers submitting Component 2 data for calendar year 2017, and 86.2% of filers submitting Component 2 data for calendar year 2018.

     3.    I am aware that the EEOC continues to receive a small number of requests from filers seeking exemptions from reporting pursuant to 29 C.F.R. § 1602.10. The Commission

votes on these requests and informs the requesters of the results of the Commission's votes.

4. In accordance with its usual practice, the EEOC intends to wind down its data collection task with NORC and otherwise cease the Component 2 data collection when the Court agrees that the Component 2 data collection is complete, and;

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of December, 2019, in Baltimore, Maryland

_____

Samuel C. Haffer, Ph.D.
Chief Data Officer
U.S. Equal Employment Opportunity Commission