## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Second Motion for Order Determining Completion of Component 2 Data Collection or, in the Alternative, for Clarification, it is hereby ORDERED that the motion is GRANTED; and it is further

☐ ORDERED that the EEO-1 Component 2 data collection is complete pursuant to the Court's April 25, 2019 Order, ECF No. 71, inasmuch as 84.5% of the Component 2 reports have been filed.

☐ CLARIFIED that the EEO-1 Component 2 data collection will be deemed complete pursuant to the Court's April 25, 2019 Order, ECF No. 71, once _____% of the Component 2 reports have been filed.

　　**SO ORDERED**

Dated: _____　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　United States District Judge