UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**NOTICE**

Pursuant to the Court's October 29, 2019 Order (ECF No. 91), enclosed is the report respectfully submitted by the United States Equal Employment Opportunity Commission ("EEOC").

Dated: January 3, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632

Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*