IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>   *Defendants*. | Case No. 17-2458 (TSC) |

## NOTICE OF WITHDRAWAL OF JAVIER M. GUZMAN AS COUNSEL

TO THE COURT AND ALL ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Javier M. Guzman is no longer counsel for Plaintiffs in this matter. Please continue to direct all future mailings to Jeffrey B. Dubner and Robin F. Thurston of Democracy Forward Foundation who will remain counsel of record for Plaintiffs.

Dated: January 6, 2020

Respectfully submitted,

*/s/ Javier M. Guzman*
Javier M. Guzman (D.C. Bar No. 462679)
Jeffrey B. Dubner (D.C. Bar No. 1013399)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
1333 H St NW
Washington, DC 20005
jdubner@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*