UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**DECLARATION OF SAMUEL C. HAFFER
IN SUPPORT OF DEFENDANTS' REPLY OF SECOND MOTION FOR ORDER
OR, IN THE ALTERNATIVE, FOR CLARIFICATION**

I, Samuel C. Haffer, Ph.D., declare as follows:

1.   I am the Chief Data Officer (CDO) and Director of the Office of Enterprise Data and Analytics (OEDA) at the U.S. Equal Employment Opportunity Commission (EEOC or Commission).  Among my duties, I am responsible for administration of the EEO-1 data collection, and I have oversight over the contracts with NORC at the University of Chicago (NORC) entered into by the Commission to facilitate the Component 2 portion of that collection. The statements made herein are based on my personal knowledge or information provided to me in the course of my official duties.

2.   As of January 9, 2020, 86.1% of eligible filers had submitted Component 2 data. This includes 85.5% of filers submitting Component 2 data for calendar year 2017, and 86.7% of filers submitting Component 2 data for calendar year 2018.

3.   I am aware that continuing data collection of Component 2 data beyond January 31, 2020 would require the EEOC to divert funds from its fiscal year 2020 operating budget

currently allocated for various mission-related functions, including hiring.

4. In order to allow for continued data collection past January 31, 2020, the EEOC would need to prepare a contract modification with NORC and submit it for review and vote by the Commission. If the Court orders the EEOC to continue collection, the Commission intends to vote on a contract modification by January 31, 2020, barring unforeseen circumstances.

5. I am aware that the EEOC continues to receive a small number of requests from filers seeking exemptions from reporting pursuant to 29 C.F.R. § 1602.10. The Commission votes on these requests and informs the requesters of the results of the Commission's votes.

6. In accordance with its usual practice, the EEOC intends to wind down its data collection task with NORC and otherwise cease the Component 2 data collection when the Court agrees that the Component 2 data collection is complete, and;

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of January, 2020, in Lake Buena Vista, Florida.

*[signature]*

Samuel C. Haffer, Ph.D.
Chief Data Officer
U.S. Equal Employment Opportunity Commission