**DEFENDANT EEOC'S REPORT OF STEPS TO IMPLEMENT THE EEO-1 COMPONENT 2 DATA COLLECTION: SUBMITTED JANUARY 24, 2020**

**Activities Since January 3, 2020**

Per instructions from the EEOC to NORC, the Component 2 EEO-1 Online Filing System has remained open and NORC has continued to accept Component 2 submissions from filers.

Additionally, the following outreach activities occurred on or after January 3, 2020 to continue to assist filers to complete their EEO-1 Component 2 data submissions.  NORC, on behalf of the EEOC, continued to staff the Component 2 HelpDesk for extended hours to address telephone and email inquiries from filers.  NORC, on behalf of the EEOC, also contacted via telephone and email approximately 750 employers needing additional assistance with Component 2 data uploads.  Further, between January 13th and 14th, 2020, NORC, on behalf of the EEOC, contacted via email all employers who had not submitted Component 2 data.  Specifically, this includes employers who (1) had submitted or certified reports for only one calendar year; (2) had registered in the Component 2 EEO-1 Online Filing System but had not certified reports for either filing year; and (3) had not registered in the Component 2 EEO-1 Online Filing System and had taken no action to submit data.  The prompting email messages from NORC reminded filers of the January 31, 2020 deadline to submit data and provided instruction on how to complete certification.  The email prompts further instructed that employers who have not yet filed should do so as soon as possible.

Also, the EEOC continues to receive a small number of requests from filers seeking exemptions from reporting pursuant to 29 C.F.R. § 1602.10.  As the EEOC receives these requests, it is holding Commissioner votes on whether to grant the exemptions and informing the requesters of the results of the Commission's votes.

**Activities Anticipated from January 24, 2020 – January 31, 2020**

As directed by the Court's October 29, 2019 order, the Component 2 EEO-1 Online Filing System will remain open to accept Component 2 submissions from filers. The NORC HelpDesk will continue to provide technical assistance via email and telephone to filers. NORC, on behalf of the EEOC, will continue to target outreach to non-filers.

Activities beyond January 31, 2020 will depend on the Court's resolution of the pending Second Motion for Order Determining Completion of Component 2 Data Collection or, in the Alternative, for Clarification, ECF No. 95.

**Status of Response Rate**

As of January 24, 2020, 87% of eligible filers have completed submission of Component 2 EEO-1 data. This includes 86.5% of filers submitting Component 2 data for calendar year 2017, and 87.5% of filers submitting Component 2 data for calendar year 2018.