**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>        Plaintiffs,<br><br>                v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 29, 2019 Order, ECF No. 91, at 3, Plaintiffs the National

Women's Law Center and the Labor Council for Latin American Advancement, and Defendants

the Office of Management and Budget ("OMB"), John Michael Mulvaney, in his official

capacity as Director of OMB, Paul Ray, in his official capacity as Administrator of the Office of

Information and Regulatory Affairs, the U.S. Equal Employment Opportunity Commission

("EEOC"), and Janet Dhillon, in her official capacity as Chair of the EEOC, respectfully submit

the following joint status report "regarding the completeness of the EEO-1 Component 2 data

collections and a proposed schedule, if necessary, for moving forward."

As of February 6, 2020, 89.2% of eligible filers have completed submission of

Component 2 EEO-1 data.  This includes 88.8% of filers submitting Component 2 data for

calendar year 2017, and 89.6% of filers submitting Component 2 data for calendar year 2018.

The parties agree that the EEOC may wind down its collection of Component 2 data on

the timetable of its choosing.  The parties respectfully request that the Court enter an order

deeming the collection complete pursuant to the Court's April 25, 2019 Order, ECF No. 71, and

declaring that the government has no further obligation to provide status reports after the next

status report, currently due on February 14, 2020.

Plaintiffs have requested information regarding the EEOC's retention of the Component

2 data.  Plaintiffs made this request in part due to news reports that the Chair of the EEOC has

suggested that the EEOC may not be entitled to the data.[1]  Plaintiffs also requested that, should

the EEOC decide not to retain the data, it provide Plaintiffs with notice of such disposal at least

sixty days before the planned date of disposal. In Plaintiffs' view, such notice is not burdensome

to the EEOC, is within the Court's equitable authority, and is consistent with the concerns

expressed in the Court's April 25, 2019 ruling that "safeguards" were required "to ensure the

completeness of the collection." ECF No. 70 at 12.

In Defendants' view, the EEOC's intentions regarding the data collected are beyond the

scope of this report, as well as beyond the requirements of the Court's April 25, 2019 and March

4, 2019 Orders.  Nonetheless, Defendants, through counsel, have informed Plaintiffs, through

counsel, that the EEOC currently plans to retain the collected Component 2 pay data.

Defendants further note that decisions by the EEOC concerning the retention of the data will be

made in compliance with applicable federal law and regulations governing the retention of

records.

Aside from the final status report and Plaintiffs' request for advance notice of disposal,

discussed above, the parties otherwise agree that further proceedings before this Court are not

necessary, and that Defendants have no remaining obligations pursuant to the Court's April 25,

2019 Order, or the Court's March 4, 2019 Order granting Plaintiffs' motion for summary

---

[1] https://news.bloomberglaw.com/daily-labor-report/punching-in-gig-workers-pay-data-and-a-big-bill-for-employers-23?context=search&index=1

judgment, ECF No. 46.

Defendants further request that the Court enter its order—or, if the Court requires additional time, that it administratively stay the requirement to continue the collection of Component 2 data pending a final decision on this issue—by February 14, 2020, so as to avoid the unnecessary diversion of the EEOC's resources.  *See* Decl. of Samuel C. Haffer, ECF No. 99-1, ¶ 3 ("[C]ontinuing data collection of Component 2 data beyond January 31, 2020 would require the EEOC to divert funds from its fiscal year 2020 operating budget currently allocated for various mission-related functions, including hiring.").

Two proposed orders reflecting the parties' positions are attached.

Dated:  February 7, 2020                              Respectfully submitted,

                                                      */s/Robin F. Thurston*
                                                      Robin F. Thurston (DC Bar No. 1531399)
                                                      Jeffrey B. Dubner (DC Bar No. 1013399)
                                                      Democracy Forward Foundation
                                                      P.O. Box 34553
                                                      Washington, DC 20043
                                                      (202) 448-9090
                                                      rthurston@democracyforward.org
                                                      jdubner@democracyforward.org

                                                      Fatima Goss Graves (DC Bar No. 481051)
                                                      Emily J. Martin (DC Bar No. 991968)
                                                      Sunu Chandy (DC Bar No. 1026045)
                                                      Maya Raghu (DC Bar No. 1035558)
                                                      National Women's Law Center
                                                      11 Dupont Circle, NW, Ste 800
                                                      Washington, DC 20036
                                                      (202) 588-5180
                                                      fgraves@nwlc.org
                                                      emartin@nwlc.org
                                                      schandy@nwlc.org
                                                      mraghu@nwlc.org

                                                      *Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
(P) 415-436-6635 | (F) 415-436-6632
stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*