# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## DEFENDANTS' [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the EEO-1 Component 2 data collection is complete pursuant to the Court's April 25, 2019 Order, ECF No. 71, and that the government has no further obligation to provide status reports after the next status report, due on or before February 14, 2020; and it is

FURTHER ORDERED that, other than the aforementioned status report, Defendants have no remaining obligations pursuant to the Court's April 25, 2019 Order, or the Court's March 4, 2019 Order granting Plaintiffs' motion for summary judgment, ECF No. 46.

**SO ORDERED**

Dated: _____                    _____
                                                                    TANYA S. CHUTKAN
                                                                    United States District Judge