UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## PLAINTIFFS' [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the EEO-1 Component 2 data collection is complete pursuant to the Court's April 25, 2019 Order, ECF No. 71, and that the government has no further obligation to provide status reports after the next status report, due by February 14, 2020; and it is

FURTHER ORDERED that should the EEOC decide not to retain Component 2 data, it will inform the Plaintiffs of this decision at least sixty days in advance of any planned disposal date; and it is

FURTHER ORDERED that Defendants have no additional obligations pursuant to the Court's April 25, 2019 Order, or the Court's March 4, 2019 Order granting Plaintiffs' motion for summary judgment, ECF No. 46.

**SO ORDERED**

Dated: _____

_____
TANYA S. CHUTKAN
United States District Judge