## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

      Plaintiffs,

          v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

      Defendants.

Civil Action No. 17-cv-2458 (TSC)

### NOTICE

Pursuant to the Court's February 10, 2020 Order (ECF No. 102), enclosed is the report respectfully submitted by the United States Equal Employment Opportunity Commission ("EEOC").

Dated:  February 12, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632

Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*