**DEFENDANT EEOC'S REPORT OF STEPS TO
IMPLEMENT THE EEO-1 COMPONENT 2 DATA
COLLECTION: SUBMITTED FEBRUARY 12, 2020**

**Activities Since January 24, 2020**

Per instructions from the EEOC to NORC, the Component 2 EEO-1 Online Filing System has remained open and NORC has continued to accept Component 2 submissions from filers.

Additionally, the following outreach activities occurred on or after January 24, 2020 to continue to assist filers to complete their EEO-1 Component 2 data submissions. NORC, on behalf of the EEOC, continued to staff the Component 2 HelpDesk for extended hours to address telephone and email inquiries from filers. On January 29, 2020 NORC, on behalf of the EEOC, contacted via email all employers who had not submitted Component 2 data. Specifically, this includes employers who (1) had submitted or certified reports for only one calendar year; (2) had registered in the Component 2 EEO-1 Online Filing System but had not certified reports for either filing year; and (3) had not registered in the Component 2 EEO-1 Online Filing System and had taken no action to submit data. The prompting email messages from NORC reminded filers of the January 31, 2020 deadline to submit data and provided instruction on how to complete certification. The email prompts further instructed that employers who have not yet filed should do so as soon as possible.

On February 5, 2020 the EEOC updated its public website with a notice stating that "[a]lthough now past the January 31st date, and absent any indication to the contrary from the court, the collection remains open until further notice. Employers who have not yet filed should do so as soon as possible." Additionally, on February 6, 2020 NORC, on behalf of the EEOC, updated the Component 2 EEO-1 Online Filing System website and Component 2 HelpDesk with the same information.

On February 10, 2020 the EEOC updated its public website with a notice stating that

"[p]ursuant to the February 10, 2020 court order in the matter of *National Women's Law Center, et al., v. Office of Management and Budget, et al.*, Civil Action No. 17-cv-2458 (D.D.C.), the EEOC's EEO-1 Component 2 "pay data" collection for 2017 and 2018 is now complete. For those employers who are currently in the process of submitting data and would like the opportunity to file, the Component 2 portal will remain open until 5:00 pm ET, February 14, 2020. Please note that the EEOC will no longer accept filings of EEO-1 Component 2 pay data for either 2017 or 2018 after 5:00 pm ET, February 14, 2020."

Additionally, on February 10, 2020 NORC, on behalf of the EEOC, updated the Component 2 EEO-1 Online Filing System website and Component 2 HelpDesk with the same information. On February 11, 2020, NORC, on behalf of the EEOC, also sent an email to all employers with data in progress in the Component 2 EEO-1 Online Filing System and self-identified filers who are not fully certified to inform them that, if they would like the opportunity to file, the Component 2 portal will remain open until 5:00 pm ET, February 14, 2020 and that the EEOC will no longer accept filings of EEO-1 Component 2 pay data for either 2017 or 2018 after 5:00 pm ET, February 14, 2020.

Also, the EEOC continues to receive a small number of requests from filers seeking exemptions from reporting pursuant to 29 C.F.R. § 1602.10. As the EEOC receives these requests, it is holding Commissioner votes on whether to grant the exemptions and informing the requesters of the results of the Commission's votes.

**Status of Response Rate**

As of February 12, 2020, 89.5% of eligible filers have completed submission of Component 2 EEO-1 data. This includes 89.0% of filers submitting Component 2 data for calendar year 2017, and 89.9% of filers submitting Component 2 data for calendar year 2018.