# United States Court of Appeals
### For The District of Columbia Circuit

No. 19-5130                                                September Term, 2019

1:17-cv-02458-TSC

**Filed On:** June 9, 2020

National Women's Law Center and Labor
Council for Latin American Advancement,

      Appellees

    v.

Office of Management and Budget, et al.,

      Appellants

**BEFORE:** Srinivasan, Chief Judge, and Rogers and Pillard, Circuit Judges.

## O R D E R

Following briefing and oral argument on the merits of the appeal, the government moved to dismiss the appeal as moot and to vacate the district court's opinion and orders. Upon consideration of the government's motion, the response thereto, and the government's reply, it is

**ORDERED** that the government's motion be granted in part and this appeal be dismissed as moot in light of the parties' agreement that the government has substantially complied with the district court's post-judgment orders. It is

**FURTHER ORDERED** that the case be remanded to the district court with instructions to consider the appellants' request for vacatur as a motion for relief from an order pursuant to Federal Rule of Civil Procedure 60(b). *See U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 29 (1994). The district court is well positioned to assess whether the government has carried its burden to show "equitable entitlement to the extraordinary remedy of vacatur," *id*. at 26, including whether the government's failure to seek a stay pending appeal or take similarly protective measures amounts to an omission that "voluntarily forfeited" any "claim to the equitable remedy of vacatur," *id*. at 25.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc*. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41(a)(1).

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:   /s/
                                Michael C. McGrail
                                Deputy Clerk