UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 12, 2020 Minute Order, Plaintiffs the National Women's Law Center and the Labor Council for Latin American Advancement, and Defendants the Office of Management and Budget ("OMB"), Russell T. Vought, in his official capacity as Director of OMB, Paul Ray, in his official capacity as Administrator of the Office of Information and Regulatory Affairs, the U.S. Equal Employment Opportunity Commission ("EEOC"), and Janet Dhillon, in her official capacity as Chair of the EEOC, respectfully submit the following report "with a proposed schedule for moving forward with this case."

On June 9, 2020, the D.C. Circuit issued an order holding that the government's appeal was moot. Order, No. 19-5130 (June 9, 2020). The D.C. Circuit further ordered that "the case be remanded to the district court with instructions to consider the appellants' request for vacatur as a motion for relief from an order pursuant to Federal Rule of Civil Procedure 60(b)." *Id.*

In light of the D.C. Circuit's Order and this Court's Minute Order, the parties have conferred and propose the following schedule:

- Defendants will file a motion for relief under Federal Rule of Civil Procedure 60(b) on or

before September 9, 2020;

- Plaintiffs will file their opposition to Defendants' Rule 60(b) motion on or before October 9, 2020; and

- Defendants will file their reply in support of their Rule 60(b) motion on or before October 30, 2020.

A proposed order is attached.

Dated: August 26, 2020

Respectfully submitted,

*/s/Robin F. Thurston*
Robin F. Thurston (DC Bar No. 1531399)
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rthurston@democracyforward.org
jdubner@democracyforward.org

Fatima Goss Graves (DC Bar No. 481051)
Emily J. Martin (DC Bar No. 991968)
Sunu Chandy (DC Bar No. 1026045)
Maya Raghu (DC Bar No. 1035558)
National Women's Law Center
11 Dupont Circle, NW, Ste 800
Washington, DC 20036
(202) 588-5180
fgraves@nwlc.org
emartin@nwlc.org
schandy@nwlc.org
mraghu@nwlc.org

*Attorneys for Plaintiffs*


ETHAN P. DAVIS
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
(P) 415-436-6635 | (F) 415-436-6632
stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*