# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL WOMEN'S LAW CENTER, *et al.*,

    Plaintiffs,

        v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

    Defendants.

Civil Action No. 17-cv-2458 (TSC)

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that Defendants will file a motion for relief under Federal Rule of Civil Procedure 60(b) on or before September 9, 2020; it is further ORDERED that

Plaintiffs will file their opposition to Defendants' Rule 60(b) motion on or before October 9, 2020; and it is further ORDERED that

Defendants will file their reply in support of their Rule 60(b) motion on or before October 30, 2020.

    **SO ORDERED**

Dated: _____

                                                      TANYA S. CHUTKAN
                                                      United States District Judge