UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**DEFENDANTS' MOTION FOR RELIEF
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

Defendants the Office of Management and Budget ("OMB"), Russell T. Vought, in his official capacity as Director of OMB, Paul Ray, in his official capacity as Administrator of the Office of Information and Regulatory Affairs, the U.S. Equal Employment Opportunity Commission ("EEOC"), and Janet Dhillon, in her official capacity as Chair of the EEOC, hereby move the Court to vacate the Court's opinion and Order dated March 4, 2019, Dkt. Nos. 45-46, and Order dated April 25, 2019, Dkt. No. 71, pursuant to Federal Rule of Civil Procedure 60(b). In support of this motion, Defendants submit the accompanying memorandum and proposed order.

Dated:  September 9, 2020

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　JENNIFER D. RICKETTS
　　　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　　　CARLOTTA WELLS
　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　　*/s/Stuart J. Robinson*

STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*