# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' motion for relief pursuant to Federal Rule of Civil Procedure 60(b), it is hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that the Court's opinion and Order dated March 4, 2019, Dkt. Nos. 45-46, and Order dated April 25, 2019, Dkt. No. 71, are hereby VACATED.

**SO ORDERED**


Dated: _____            _____
                                    TANYA S. CHUTKAN
                                    United States District Judge