# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>　　Defendants. | Civil Action No. 17-cv-2458 (TSC) |

## JOINT STATUS REPORT

On February 2, 2021, the Court issued a minute order providing that the parties shall "file a joint status report by 3/5/21 advising the court: 1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; 2) whether the parties wish to stay this action for any reason, including the parties' negotiations over resolving this dispute; or 3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order." In accordance with the Court's minute order, the parties have met and conferred about future proceedings in this case, and submit the following report.

Pending before the Court is Defendants' motion to vacate the Court's opinion and Order dated March 4, 2019, Dkt. Nos. 45-46, and Order dated April 25, 2019, Dkt. No. 71, pursuant to Federal Rule of Civil Procedure 60(b). *See* Dkt. No. 106. That motion is fully briefed. *See* Dkt. Nos. 106, 107, & 108. The parties agree that the dispute about whether to vacate the Court's Orders and opinion is not moot. Similarly, the parties do not anticipate that the dispute will become moot and do not wish to stay this action. The parties therefore jointly request that the Court proceed to resolve Defendants' Rule 60 motion.

Dated: March 5, 2021

Respectfully submitted,

<u>/s/Robin F. Thurston</u>
Robin F. Thurston (DC Bar No. 1531399)
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rthurston@democracyforward.org
jdubner@democracyforward.org

Fatima Goss Graves (DC Bar No. 481051)
Emily J. Martin (DC Bar No. 991968)
Sunu Chandy (DC Bar No. 1026045)
Maya Raghu (DC Bar No. 1035558)
National Women's Law Center
11 Dupont Circle, NW, Ste 800
Washington, DC 20036
(202) 588-5180
fgraves@nwlc.org
emartin@nwlc.org
schandy@nwlc.org
mraghu@nwlc.org

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CARLOTTA WELLS
Assistant Branch Director

<u>/s/Stuart J. Robinson</u>
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
(P) 415-436-6635 | (F) 415-436-6632

stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*