UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Maya Raghu of the National Women's Law Center respectfully moves to withdraw as counsel for Plaintiffs, the National Women's Law Center and the Labor Council for Latin American Advancement, as she will no longer be employed by the National Women's Law Center. All other counsel who have entered appearances for Plaintiffs in this matter will remain as counsel.

Dated:  July 7, 2021                                Respectfully submitted,

                                                                                    */s/ Maya Raghu*
                                                                                    Maya Raghu (DC Bar No. 1035558)
                                                                                    National Women's Law Center
                                                                                    11 Dupont Circle, NW, Ste 800
                                                                                    Washington, DC 20036
                                                                                    (202) 588-5180
                                                                                    mraghu@nwlc.org

1