UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL WOMEN'S LAW CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF MANAGEMENT AND BUDGET**, *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-2458 (TSC) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 111), Defendants' Motion for Relief from Judgment, ECF No. 107, is hereby **DENIED** and the case is closed.

Date: February 22, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge